| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Wood, Kimba M. | 2. Court or Organization<br><br>U.S. District Court, SDNY | 3. Date of Report<br><br>5/4/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | New York City Ballet, Inc. |
| 2. Trustee | The Frank E. Richardson 2011 Insurance Trust Agreement (See Note 4 in Section VIII) |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014* | Morgan Stanley Pension Benefit |
| 2. 2014* | Sonic Corp - various Board & Committee Fees |
| 3. 2014* | Vestar, Harding Services, Irving Place Capital, Tinicum - Fee Income |
| 4. | |
| 5. *(various) | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Line of Credit | P2 |
| 2. | American Express | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EXXON CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 2. MORGAN STANLEY BANK/CASH | A | Interest | J | T | | | | | |
| 3. ACTAVIS PLC COMMON STOCK | | None | J | T | Buy | 06/23/14 | J | | |
| 4. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 5. ALCOBRA LTD COMMON STOCK | | None | | | Buy | 06/23/14 | J | | |
| 6. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 7. | | | | | Sold | 10/27/14 | J | | |
| 8. AMER INTL GP INC COMMON STOCK | A | Dividend | J | T | Sold (part) | 06/23/14 | J | B | |
| 9. AMGEN INC COMMON STOCK | A | Dividend | J | T | Buy | 03/10/14 | J | | |
| 10. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 11. APOLLO INVESTMENT CORP COMMON STOCK | A | Dividend | | | Buy | 03/21/14 | J | | |
| 12. | | | | | Sold (part) | 07/14/14 | J | A | |
| 13. | | | | | Sold (part) | 08/21/14 | J | A | |
| 14. | | | | | Sold | 09/10/14 | J | A | |
| 15. ARES DYNAMIC CREDIT ALLOC FUND | A | Dividend | J | T | Buy | 08/27/14 | J | | |
| 16. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 17. | | | | | Buy (add'l) | 09/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 19. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 20. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 21. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 22. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 23. ASHFORD HOSPITALITY TR INC COMMON STOCK | A | Dividend | | | Sold (part) | 08/21/14 | J | B | |
| 24. | | | | | Sold | 08/22/14 | J | B | |
| 25. AVENUE INCOME CREDIT FUND | A | Dividend | J | T | | | | | |
| 26. BLACKSTONE/GSO STRAT CREDIT FUND | A | Dividend | J | T | Buy | 08/27/14 | J | | |
| 27. BUCKEYE PARTNERS LP COMMON STOCK (SEE NOTE 1 IN SECT VIII) | | None | J | T | Distributed (part) | 02/25/14 | J | | |
| 28. | | | | | Distributed (part) | 05/19/14 | J | | |
| 29. | | | | | Distributed (part) | 08/25/14 | J | | |
| 30. | | | | | Distributed (part) | 11/25/14 | J | | |
| 31. CATALENT INC COMMON STOCK | | None | J | T | Buy | 08/05/14 | J | | |
| 32. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 33. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 34. | | | | | Buy (add'l) | 08/26/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CHIMERA INVESTMENT CORP COMMON STOCK | B | Dividend | | | Sold (part) | 06/23/14 | J | A | |
| 36. | | | | | Sold (part) | 07/11/14 | J | A | |
| 37. | | | | | Sold | 08/05/14 | J | A | |
| 38. COBALT INTERNATIONAL ENERGY COMMON STOCK | | None | | | Sold | 08/05/14 | J | | |
| 39. COLUMBIA PPTY TR INC COMMON STOCK | A | Dividend | | | Buy | 01/17/14 | J | | |
| 40. | | | | | Sold | 11/11/14 | J | A | |
| 41. DEVON ENERGY CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. DOW CHEMICAL COMMON STOCK | A | Dividend | J | T | Buy | 02/21/14 | J | | |
| 43. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 44. ENERGY TRANS EQUITY LP COMMON STOCK (SEE NOTE 1 SECT VIII) | | None | K | T | Distributed (part) | 02/19/14 | J | | |
| 45. | | | | | Distributed (part) | 05/19/14 | J | | |
| 46. | | | | | Distributed (part) | 08/19/14 | J | | |
| 47. | | | | | Sold (part) | 09/19/14 | J | D | |
| 48. | | | | | Distributed (part) | 11/19/14 | J | | |
| 49. FIDELITY ADV HEALTH CARE INST MUTUAL FUND | A | Dividend | J | T | Buy | 10/02/14 | J | | |
| 50. FIRST TRUST DORSEY WRIGHT FO FUND | A | Dividend | J | T | Buy | 10/02/14 | J | | |
| 51. | | | | | Buy (add'l) | 10/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GUGGENHEIM SPIN OFF ETF | A | Dividend | J | T | Sold (part) | 11/03/14 | J | A | |
| 53. | | | | | Sold (part) | 11/05/14 | J | A | |
| 54. CRESTWOOD EQUITY LP COMMON STOCK (NOTE 1 IN SECT VIII) | | None | J | T | Distributed (part) | 02/14/14 | J | | |
| 55. | | | | | Distributed (part) | 05/15/14 | J | | |
| 56. | | | | | Distributed (part) | 08/14/14 | J | | |
| 57. | | | | | Distributed (part) | 11/14/14 | J | | |
| 58. IMS HEALTH HOLDINGS INC COMMON STOCK | | None | J | T | Buy | 07/11/14 | J | | |
| 59. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 60. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 61. INDUSTRIAL SEL SEC SPDR FUND | | None | J | T | Buy | 12/23/14 | J | | |
| 62. ISHARES MSCI USA MOMENTUM ETF | A | Dividend | J | T | Buy | 10/02/14 | J | | |
| 63. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 64. ISHARES S&P MID CAP 400 GROWTH ETF | A | Dividend | J | T | | | | | |
| 65. JPMORGAN CHASE & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 66. JPMORGAN INTREPID EURO SEL MUTUAL FUND | A | Dividend | J | T | Buy | 10/20/14 | J | | |
| 67. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 68. KAR AUCTION SVCS INC COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LINEAR TECH CORP COMMON STOCK | A | Dividend | | | Buy | 02/21/14 | J | | |
| 70. | | | | | Sold | 08/27/14 | J | | |
| 71. MCDONALDS CORP COMMON STOCK | A | Dividend | | | Sold | 10/21/14 | J | A | |
| 72. MICRON TECH INC COMMON STOCK | | None | | | Buy | 02/05/14 | J | | |
| 73. | | | | | Sold (part) | 07/09/14 | J | A | |
| 74. | | | | | Sold | 09/19/14 | J | B | |
| 75. MONSANTO CO COMMON STOCK | | None | | | Buy | 07/07/14 | J | | |
| 76. | | | | | Sold | 08/21/14 | J | | |
| 77. NORTHERN TIER ENERGY LP COMMON STK (SEE NOTE 1 IN SECT VIII) | A | Distribution | J | T | Distributed (part) | 02/28/14 | J | | |
| 78. | | | | | Distributed (part) | 05/30/14 | J | | |
| 79. | | | | | Distributed (part) | 08/29/14 | J | | |
| 80. | | | | | Distributed (part) | 11/25/14 | J | | |
| 81. OCH-ZIFF CAPITAL LP CMN STOCK (SEE NOTES 1 & 7 IN SECT VIII) | A | Distribution | J | T | Buy | 05/02/14 | J | | |
| 82. | | | | | Distributed (part) | 05/19/14 | J | | |
| 83. POWERSHARES ETF TR DYNA BUYBK | A | Dividend | J | T | Buy | 09/23/14 | J | | |
| 84. PROCTER & GAMBLE COMMON STOCK | A | Dividend | | | Sold | 05/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 85. PRUDENTIAL FINANCIAL INC COMMON STOCK | A | Dividend | J | T | Buy | 05/22/14 | J | | |
| 86. QUALCOMM INC COMMON STOCK | | None | | | Sold | 02/20/14 | J | B | |
| 87. SOLAR CAPITAL LTD FUND | | None | J | T | Buy | 09/29/14 | J | | |
| 88. SPDR S&P EMERGING ASIA PACIFIC FUND | A | Dividend | | | Sold | 03/11/14 | J | A | |
| 89. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | K | T | | | | | |
| 90. SPIRIT REALTY CAPITAL INC COMMON STOCK | A | Dividend | | | Sold | 03/21/14 | J | B | |
| 91. STARWOOD PROPERTY TRUST INC CMN STK (SEE NOTE 1 SECT VIII) | A | Dividend | J | T | Sold (part) | 06/27/14 | J | | |
| 92. STARWOOD WAYPOINT | | None | | | Spinoff (from line 91) | 01/31/14 | J | | |
| 93. | | | | | Sold (part) | 01/31/14 | J | A | |
| 94. | | | | | Sold | 02/03/14 | J | A | |
| 95. UNITED TECHNOLOGIES CORP COMMON STOCK | A | Dividend | | | Sold | 07/07/14 | J | B | |
| 96. VANGUARD DIVIDEND APPRECIATION FUND | A | Dividend | K | T | | | | | |
| 97. VANGUARD EUROPEAN MSCI ETF | A | Dividend | | | Sold | 10/20/14 | J | | |
| 98. VANGUARD INFO TECH ETF | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 99. VANGUARD SMALL CAP ETF | A | Dividend | J | T | Buy | 10/21/14 | J | | |
| 100. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 101. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | | | Spinoff (from line 104) | 02/21/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold (part) | 02/21/14 | J | | |
| 103. | | | | | Sold | 05/02/14 | J | | |
| 104. VODAFONE GP PLC COMMON STOCK | B | Dividend | | | Sold (part) | 02/21/14 | J | | |
| 105. | | | | | Sold | 12/05/14 | J | | |
| 106. WELLS FARGO & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 107. WISDOMTREE EUROPE HEDGED EQUITY FUND | A | Dividend | J | T | | | | | |
| 108. WISDOMTREE TR EM MKTS DVD GROW FUND | | None | J | T | Buy | 12/23/14 | J | | |
| 109. WISDOMTREE TR EMG MKTS SMCAP FUND | A | Dividend | J | T | | | | | |
| 110. WISDOMTREE SMALL CAP DIV FUND | A | Dividend | J | T | | | | | |
| 111. WISDOMTREE TRUST EMRG MKT EQUITY FUND | A | Dividend | | | Sold (part) | 03/10/14 | J | | |
| 112. | | | | | Sold | 12/05/14 | J | | |
| 113. WISDOMTREE TRUST JAPAN HEDGE EQUITY FUND | A | Dividend | J | T | | | | | |
| 114. WISDOMTREE TRUST MDCP EARN FUND | A | Dividend | J | T | Buy | 11/12/14 | J | | |
| 115. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 116. IRA ACCOUNT #1 | | | | | | | | | |
| 117. IRA #1 - MSSB CASH/MM | A | Interest | K | T | | | | | |
| 118. IRA #1 - COMMON STOCKS AND FUNDS (LINES 119-197) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. ACTAVIS PLC COMMON STOCK | | None | K | T | Buy | 06/19/14 | K | | |
| 120. ALCOBRA LTD COMMON STOCK | | None | | | Buy | 07/10/14 | J | | |
| 121. | | | | | Sold | 10/27/14 | J | | |
| 122. AMER INTL GROUP INC COMMON STOCK | A | Dividend | L | T | Sold (part) | 06/19/14 | K | D | |
| 123. AMERICAN CAPITAL AGENCY COMMON STOCK | C | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 124. | | | | | Sold (part) | 09/10/14 | K | | |
| 125. | | | | | Sold | 12/11/14 | K | | |
| 126. AMGEN INC COMMON STOCK | A | Dividend | K | T | Buy | 03/10/14 | K | | |
| 127. | | | | | Buy (add'l) | 06/16/14 | J | | |
| 128. APOLLO INVESTMENT CORP COMMON STOCK | B | Dividend | | | Buy | 03/21/14 | K | | |
| 129. | | | | | Buy (add'l) | 03/24/14 | K | | |
| 130. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 131. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 132. | | | | | Sold (part) | 07/23/14 | K | A | |
| 133. | | | | | Sold (part) | 08/21/14 | K | A | |
| 134. | | | | | Sold | 09/10/14 | K | B | |
| 135. APPLE INC COMMON STOCK | A | Dividend | | | Buy | 01/15/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Sold | 10/21/14 | K | D | |
| 137. ASHFORD HOSPITALITY TR INC COMMON STOCK | A | Dividend | | | Buy (add'l) | 02/24/14 | K | | |
| 138. | | | | | Sold (part) | 03/21/14 | K | | |
| 139. | | | | | Sold | 03/24/14 | K | A | |
| 140. CATALENT INC COMMON STOCK | | None | K | T | Buy | 08/12/14 | K | | |
| 141. | | | | | Buy (add'l) | 08/13/14 | K | | |
| 142. CHEVRON CORP COMMON STOCK | | None | K | T | Buy | 12/23/14 | K | | |
| 143. CHIMERA INVESTMENT CORP COMMON STOCK | D | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 144. | | | | | Sold | 06/09/14 | L | C | |
| 145. COLUMBIA PPTY TR INC COMMON STOCK | A | Dividend | | | Buy | 01/15/14 | K | | |
| 146. | | | | | Buy (add'l) | 01/16/14 | J | | |
| 147. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 148. | | | | | Sold | 05/13/14 | K | D | |
| 149. DANAHER CORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 150. DEVON ENERGY CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 151. DOW CHEMICAL CO COMMON STOCK | | None | K | T | Buy | 12/23/14 | K | | |
| 152. JPMORGAN CHASE & CO COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. IMS HEALTH HOLDINGS INC COMMON STOCK | | None | K | T | Buy | 07/23/14 | K | | |
| 154. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 155. KAR AUCTION SERVICES INC COMMON STOCK | B | Dividend | L | T | Sold (part) | 06/19/14 | J | B | |
| 156. LINEAR TECHNOLOGY CORP | A | Dividend | | | Buy | 02/24/14 | K | | |
| 157. | | | | | Sold | 08/27/14 | K | | |
| 158. MCDONALDS CORP COMMON STOCK | A | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 159. | | | | | Sold | 10/21/14 | K | | |
| 160. MEDTRONIC INC COMMON STOCK | A | Dividend | K | T | Buy | 06/19/14 | K | | |
| 161. METLIFE INC COMMON STOCK | A | Dividend | | | Buy | 03/18/14 | K | | |
| 162. | | | | | Sold | 05/21/14 | K | | |
| 163. MICRON TECH INC COMMON STOCK | | None | | | Buy | 02/05/14 | K | | |
| 164. | | | | | Sold (part) | 07/09/14 | J | C | |
| 165. | | | | | Sold | 09/19/14 | K | D | |
| 166. MONSANTO CO COMMON STOCK | A | Dividend | | | Buy | 06/19/14 | K | | |
| 167. | | | | | Sold | 08/21/14 | K | | |
| 168. OCH-ZIFF CAPITAL MGMT CMN STK (SEE NOTES 1 & 7 SECT VIII) | C | Distribution | K | T | Sold (part) | 01/15/14 | K | D | |
| 169. | | | | | Buy (add'l) | 02/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Distributed (part) | 02/25/14 | J | | |
| 171. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 172. | | | | | Distributed (part) | 05/19/14 | J | | |
| 173. | | | | | Sold (part) | 07/23/14 | J | B | |
| 174. PHILLIPS 66 COMMON STOCK | A | Dividend | K | T | Buy | 07/09/14 | K | | |
| 175. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 176. PROCTER & GAMBLE COMMON STOCK | A | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 177. | | | | | Sold | 05/22/14 | L | | |
| 178. PRUDENTIAL FINANCIAL COMMON STOCK | A | Dividend | K | T | Buy | 05/21/14 | K | | |
| 179. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 180. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 181. QUALCOMM INC COMMON STOCK | | None | | | Sold | 02/20/14 | L | D | |
| 182. SEADRILL LTD COMMON STOCK | C | Dividend | | | Buy (add'l) | 02/04/14 | J | | |
| 183. | | | | | Sold (part) | 06/19/14 | K | A | |
| 184. | | | | | Sold | 09/15/14 | K | | |
| 185. STARWOOD PROPERTY TRUST INC COMMON STOCK | C | Dividend | K | T | Sold (part) | 02/24/14 | J | | |
| 186. | | | | | Sold (part) | 06/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. STARWOOD WAYPOINT | | None | | | Spinoff (from line 185) | 01/31/14 | J | | |
| 188. | | | | | Sold (part) | 01/31/14 | J | A | |
| 189. | | | | | Sold | 02/03/14 | J | A | |
| 190. UNITED TECHNOLOGIES CORP COMMON STOCK | A | Dividend | | | Sold (part) | 06/19/14 | K | C | |
| 191. | | | | | Sold | 07/07/14 | K | D | |
| 192. VERIZON COMMUNICATIONS COMMON STOCK | | None | | | Spinoff (from line 195) | 02/21/14 | K | | |
| 193. | | | | | Sold (part) | 02/21/14 | J | | |
| 194. | | | | | Sold | 02/26/14 | K | | |
| 195. VODAFONE GP PLC ADS COMMON STOCK | D | Dividend | K | T | Sold (part) | 02/21/14 | J | | |
| 196. WELLS FARGO & CO COMMON STOCK | B | Dividend | L | T | | | | | |
| 197. YUM BRANDS INC COMMON STOCK | A | Dividend | | | Sold | 02/05/14 | K | A | |
| 198. IRA #1 - OPTIONS (LINES 199-214 (NOTE 3 IN SECT VIII) | | | | | | | | | |
| 199. AMERICAN CAPITAL AGENCY - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 200. CONTRACT EXPIRED | | None | | | Expired | 03/24/14 | | A | |
| 201. JPMORGAN CHASE & CO - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 202. CLOSING CONTRACT | | None | | | Buy | 02/07/14 | J | | |
| 203. MCDONALDS CORP - OPENING CONTRACT (9/24/13) | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. CONTRACT EXPIRED | | None | | | Expired | 03/24/14 | | A | |
| 205. QUALCOMM INC - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 206. CONTRACT EXPIRED | | None | | | Expired | 01/21/14 | | A | |
| 207. SEADRILL LTD - OPENING CONTRACT (8/5/13) | | None | | | | | | | |
| 208. CONTRACT EXPIRED | | None | | | Expired | 01/21/14 | | B | |
| 209. SPDR S&P MIDCAP 400 ETF - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 210. CLOSING CONTRACT | | None | | | Buy | 01/30/14 | J | | |
| 211. UNITED TECHNOLOGIES - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 212. CLOSING CONTRACT | | None | | | Buy | 02/21/14 | J | A | |
| 213. WELLS FARGO & CO - OPENING CONTRACT (9/25/13) | | None | | | | | | | |
| 214. CLOSING CONTRACT | | None | | | Buy | 04/10/14 | J | | |
| 215. IRA #1 - ETF AND CLOSED END FUNDS (LINES 216-269) | | | | | | | | | |
| 216. ARES CAPITAL CORP FUND | | None | K | T | Buy | 12/11/14 | K | | |
| 217. ARES DYNAMIC CREDIT ALLOC FUND | A | Dividend | K | T | Buy | 08/21/14 | J | | |
| 218. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 219. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 220. AVENUE INCOME CREDIT FUND | C | Dividend | K | T | Sold (part) | 02/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Sold (part) | 06/19/14 | K | | |
| 222. BLACKSTONE/GSO STRAT CREDIT FUND | A | Dividend | K | T | Buy | 08/22/14 | K | | |
| 223. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 224. EATON VANCE TAX MGD DIV EQUITY FUND | B | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 225. | | | | | Sold | 10/21/14 | K | B | |
| 226. FIRST TRUST DORSEY WRIGHT FUND | A | Dividend | K | T | Buy | 10/03/14 | K | | |
| 227. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 228. GUGGENHEIM SPIN OFF ETF | A | Dividend | K | T | Sold (part) | 02/05/14 | K | D | |
| 229. | | | | | Sold (part) | 11/05/14 | K | C | |
| 230. ISHARES MSCI EAFE GROWTH ETF | A | Dividend | K | T | Buy (add'l) | 01/13/14 | J | | |
| 231. ISHARES MSCI USA MOMENTUM FUND | A | Dividend | K | T | Buy | 10/03/14 | K | | |
| 232. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 233. ISHARES S&P MID-CAP 400 GROWTH ETF | A | Dividend | | | Sold | 10/29/14 | L | D | |
| 234. PENNANTPARK FLOATING RATE CAP LTD | B | Dividend | | | Sold (part) | 02/24/14 | J | A | |
| 235. | | | | | Sold (part) | 07/24/14 | K | A | |
| 236. | | | | | Sold (part) | 08/12/14 | J | A | |
| 237. | | | | | Sold (part) | 08/13/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Sold | 08/14/14 | J | A | |
| 239. POWERSHARES ETF TR DYNA BUYBACK | A | Dividend | L | T | | | | | |
| 240. PROSHARES TR S&P 500 DV ARIST FUND | A | Dividend | L | T | Buy | 10/29/14 | L | | |
| 241. PROSPECT CAPITAL CORP FUND | B | Dividend | K | T | Buy | 05/13/14 | K | | |
| 242. | | | | | Sold (part) | 08/21/14 | J | B | |
| 243. | | | | | Sold | 08/22/14 | K | C | |
| 244. | | | | | Buy | 12/11/14 | K | | |
| 245. SOLAR SENIOR CAPITAL LTD FUND | A | Dividend | K | T | Buy | 08/28/14 | K | | |
| 246. SOLAR CAPITAL LTD FUND | A | Dividend | L | T | Buy | 09/11/14 | K | | |
| 247. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 248. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 249. SPDR S&P EMERGING ASIA PACIFIC ETF | A | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 250. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 251. | | | | | Sold | 03/11/14 | K | | |
| 252. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | L | T | Buy (add'l) | 01/13/14 | K | | |
| 253. | | | | | Sold (part) | 06/19/14 | K | D | |
| 254. VANGUARD DIVIDEND APPRECIATION ETF | A | Dividend | | | Buy (add'l) | 02/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | | | Sold | 10/29/14 | L | D | |
| 256. VANGUARD INFO TECH ETF | A | Dividend | K | T | | | | | |
| 257. VANGUARD MIDCAP ETF | A | Dividend | L | T | Buy | 10/29/14 | L | | |
| 258. VANGUARD SMALL CAP ETF | A | Dividend | L | T | Buy | 10/21/14 | K | | |
| 259. | | | | | Buy (add'l) | 10/29/14 | K | | |
| 260. WISDOMTREE SMALL CAP DIV FUND | B | Dividend | L | T | | | | | |
| 261. WISDOMTREE EUROPE HEDGED EQUITY FUND | A | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 262. | | | | | Sold | 10/20/14 | K | A | |
| 263. WISDOMTREE TRUST EMERGING MARKET EQUITY FUND | B | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 264. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 265. | | | | | Sold (part) | 03/10/14 | J | | |
| 266. | | | | | Sold | 12/05/14 | L | | |
| 267. WISDOMTREE TRUST JAPAN HEDGE EQUITY FUND | C | Dividend | K | T | Buy | 06/19/14 | K | | |
| 268. WISDOMTREE TRUST MDCP EARN FUND | A | Dividend | K | T | Buy | 02/24/14 | K | | |
| 269. | | | | | Buy (add'l) | 02/26/14 | K | | |
| 270. IRA #1 - MUTUAL FUND(S) (LINES 271-275) | | | | | | | | | |
| 271. DOUBLELINE TOTAL RETURN MUTUAL FUND | B | Dividend | | | Sold | 12/11/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. FIDELITY ADV HEALTH CARE INST MUTUAL FUND | A | Dividend | K | T | Buy | 10/03/14 | K | | |
| 273. GOTHAM ABSOLUTE RETURN MUTUAL FUND | B | Dividend | L | T | Buy | 06/09/14 | L | | |
| 274. JPMORGAN INTREPID EURO SEL MUTUAL FUND | B | Dividend | L | T | Buy | 10/20/14 | K | | |
| 275. | | | | | Buy (add'l) | 11/21/14 | K | | |
| 276. BIF TAX-EXEMPT FUND/CASH | A | Dividend | L | T | | | | | |
| 277. ADDITIONAL COMMON STOCKS AND FUNDS (NON-IRA) | | | | | | | | | |
| 278. ABBOTT LABORATORIES COMMON STOCK | B | Dividend | | | Sold | 02/21/14 | N | G | |
| 279. ABB-VIE COMMON STOCK | C | Dividend | | | Sold (part) | 02/06/14 | L | E | |
| 280. | | | | | Donated | | | | |
| 281. ACCENTURE LTD COMMON STOCK | C | Dividend | M | T | | | | | |
| 282. AMERICAN EXPRESS COMMON STOCK | B | Dividend | M | T | | | | | |
| 283. AMGEN COMMON STOCK | B | Dividend | L | T | Buy | 03/21/14 | K | | |
| 284. | | | | | Buy (add'l) | 04/11/14 | K | | |
| 285. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 286. ANADARKO PETROLEUM CORP COMMON STOCK | A | Dividend | K | T | Sold (part) | 10/20/14 | K | E | |
| 287. APPLE INC COMMON STOCK | A | Dividend | L | T | Buy | 10/17/14 | K | | |
| 288. | | | | | Buy (add'l) | 12/08/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. FLY LEASING (FKA BABCOCK & BROWN) COMMON STOCK | D | Dividend | L | T | | | | | |
| 290. B/E AEROSPACE INC COMMON STOCK | | None | L | T | Buy | 08/29/14 | L | | |
| 291. BERKSHIRE HATHAWAY COMMON STOCK | | None | O | T | | | | | |
| 292. BLACKROCK INC COMMON STOCK | E | Dividend | P1 | T | | | | | |
| 293. BOEING COMMON STOCK | D | Dividend | N | T | Buy (add'l) | 04/25/14 | J | | |
| 294. CABOT OIL & GAS COMMON STOCK | A | Dividend | N | T | Sold (part) | 02/07/14 | K | E | |
| 295. CA RESOURCES COMMON STOCK | | None | J | T | Spinoff (from line 376) | 12/01/14 | J | | |
| 296. | | | | | Sold (part) | 12/04/14 | J | B | |
| 297. CARPENTER TECHNOLOGY COMMON STOCK | B | Dividend | M | T | | | | | |
| 298. CDK GLOBAL INC COMMON STOCK | A | Dividend | M | T | Buy | 10/22/14 | M | | |
| 299. CHEVRON COMMON STOCK | | None | | | Sold | 02/04/14 | L | | |
| 300. CHUBB COMMON STOCK | B | Dividend | | | Sold | 08/04/14 | L | E | |
| 301. CME GROUP COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 03/21/14 | J | | |
| 302. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 303. COGNIZANT TECH SOLUTIONS COMMON STOCK | | None | N | T | Buy | 02/21/14 | N | | |
| 304. CONOCOPHILLIPS COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 02/05/14 | J | | |
| 305. | | | | | Sold (part) | 07/02/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 307. CONS DISCRET SEL SECT SPDR FUND | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 308. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 309. | | | | | Sold (part) | 12/02/14 | J | A | |
| 310. COVANTA HLDG CORP COMMON STOCK | C | Dividend | L | T | | | | | |
| 311. CUMMINS COMMON STOCK | B | Dividend | L | T | Buy | 02/05/14 | K | | |
| 312. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 313. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 314. ENERGY SEL SECT SPDR FUND | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 315. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 316. | | | | | Sold (part) | 10/27/14 | J | | |
| 317. EOG RES INC COMMON STOCK | A | Dividend | M | T | | | | | |
| 318. FINANCIAL SEL SCT SPDR FUND | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 319. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 320. FIRST TRUST CONSUMER STAPLES ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 321. | | | | | Sold (part) | 10/27/14 | J | A | |
| 322. | | | | | Buy (add'l) | 12/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 323. FIRST TRUST DORSEY WRIGHT FUND | A | Dividend | K | T | Buy | 10/22/14 | J | | |
| 324. FIRST TRUST INDS/PRODS ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 325. | | | | | Sold (part) | 12/02/14 | J | A | |
| 326. GENERAL ELECTRIC COMMON STOCK | C | Dividend | | | Sold | 12/08/14 | L | C | |
| 327. GUGGENHEIM S&P 500 EQUITY WEIGHT FUND | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 328. HEALTH CARE SEL SECCT SPDR FUND | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 329. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 330. | | | | | Sold (part) | 12/02/14 | J | A | |
| 331. HOME DEPOT COMMON STOCK | A | Dividend | L | T | Buy | 07/02/14 | L | | |
| 332. INTEL COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 03/21/14 | J | | |
| 333. | | | | | Sold (part) | 07/02/14 | J | C | |
| 334. INTERNATIONAL BUSINESS MACHINE COMMON STOCK | D | Dividend | M | T | | | | | |
| 335. INTERNATIONAL PAPER CO COMMON STOCK | D | Dividend | M | T | Buy (add'l) | 02/06/14 | J | | |
| 336. ISHARES MSCI EAFE SM CAP ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 337. ISHARES MSCI EAFE GROWTH ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 338. ISHARES MSCI FRONTIER 100 ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 339. ISHARES MSCI USA MOMENTUM ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. ISHARES US TECHNOLOGY ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 341. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 342. | | | | | Sold (part) | 12/02/14 | J | A | |
| 343. JOHNSON & JOHNSON COMMON STOCK | E | Dividend | P1 | T | Buy (add'l) | 02/06/14 | K | | |
| 344. | | | | | Sold (part) | 02/21/14 | M | G | |
| 345. | | | | | Sold (part) | 07/02/14 | L | D | |
| 346. JPMORGAN CHASE COMMON STOCK | B | Dividend | L | T | | | | | |
| 347. JPMORGAN INTREPID EURO SEL MUTUAL FUND | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 348. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 349. KLA-TENCOR COMMON STOCK | E | Dividend | L | T | Buy | 07/02/14 | L | | |
| 350. | | | | | Buy (add'l) | 07/25/14 | K | | |
| 351. KLX INC COMMON STOCK | | None | K | T | Spinoff (from line 290) | 12/17/14 | K | | |
| 352. KRAFT FOODS GROUP COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 02/07/14 | K | | |
| 353. LAS VEGAS SANDS COMMON STOCK | D | Dividend | N | T | | | | | |
| 354. LYONDELLBASELL IND COMMON STOCK | B | Dividend | L | T | Sold (part) | 03/21/14 | K | C | |
| 355. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 356. | | | | | Sold (part) | 11/25/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357.  MACYS COMMON STOCK | B | Dividend | L | T | Sold (part) | 04/16/14 | K | C | |
| 358. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 359. | | | | | Buy (add'l) | 12/08/14 | J | | |
| 360.  MARKET VECTORS GOLD MINER ETF COMMON STOCK | | None | | | Sold | 10/22/14 | M | | |
| 361.  MATERIALS SEL SECT SPDR FUND | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 362. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 363.  MATTEL COMMON STOCK | | None | | | Sold | 02/04/14 | L | | |
| 364.  MCDONALDS COMMON STOCK | B | Dividend | | | Sold (part) | 08/28/14 | K | B | |
| 365. | | | | | Sold | 09/11/14 | K | C | |
| 366.  MEDTRONIC COMMON STOCK | A | Dividend | L | T | Buy | 07/02/14 | L | | |
| 367. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 368.  MICROSOFT COMMON STOCK | D | Dividend | M | T | Sold (part) | 02/10/14 | K | C | |
| 369. | | | | | Sold (part) | 02/28/14 | K | D | |
| 370. | | | | | Sold (part) | 07/22/14 | K | D | |
| 371. | | | | | Sold (part) | 08/01/14 | K | C | |
| 372.  MONDELEZ INTL COMMON STOCK | A | Dividend | L | T | | | | | |
| 373.  M&T BANK COMMON STOCK | A | Dividend | L | T | Buy | 03/25/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. NEWELL RUBBERMAID COMMON STOCK | A | Dividend | | | Buy (add'l) | 03/21/14 | J | | |
| 375. | | | | | Sold | 07/02/14 | L | D | |
| 376. NOVO-NORDISK COMMON STOCK | D | Dividend | O | T | | | | | |
| 377. OCCIDENTAL PETE CORP COMMON STOCK | D | Dividend | M | T | Buy (add'l) | 02/07/14 | K | | |
| 378. ORACLE CORP COMMON STOCK | B | Dividend | M | T | | | | | |
| 379. PACKAGING CORP COMMON STOCK | D | Dividend | N | T | | | | | |
| 380. PEPSICO COMMON STOCK | D | Dividend | | | Sold | 01/23/14 | O | G | |
| 381. PFIZER INC COMMON STOCK | D | Dividend | M | T | Buy (add'l) | 07/02/14 | J | | |
| 382. | | | | | Sold (part) | 10/09/14 | L | | |
| 383. PIONEER NATURAL RESOURCES COMMON STOCK | A | Dividend | M | T | Sold (part) | 09/11/14 | K | E | |
| 384. | | | | | Sold (part) | 10/20/14 | K | E | |
| 385. POWERSHARES ETF TR DYNA BUYBK | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 386. POWERSHARES S&P 500 LOW VOLA ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 387. PNC FINANCIAL SERVICE GROUP COMMON STOCK | A | Dividend | L | T | Buy | 11/24/14 | L | | |
| 388. PRECISION CASTPARTS COMMON STOCK | A | Dividend | M | T | | | | | |
| 389. PROCTOR & GAMBLE COMMON STOCK | B | Dividend | L | T | Buy | 02/05/14 | L | | |
| 390. | | | | | Buy (add'l) | 04/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. PROSHARES TR S&P 500 DV ARIST FUND | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 392. IRA ACCOUNT #2 (FKA IRA HOLDINGS) | | | | | | | | | |
| 393. (LINES 394 - 522) | | | | | | | | | |
| 394. ACTAVIS PLC | | None | J | T | Buy | 06/19/14 | J | | |
| 395. ALCOBRA LTD COMMON STOCK | | None | | | Buy | 07/10/14 | J | | |
| 396. | | | | | Sold | 10/27/14 | J | | |
| 397. AMERICAN CAPITAL AGENCY | B | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 398. | | | | | Sold (part) | 09/10/14 | J | | |
| 399. | | | | | Sold | 12/11/14 | J | | |
| 400. AMERICAN INTERNATIONAL GROUP | A | Dividend | K | T | Sold (part) | 06/19/14 | J | C | |
| 401. AMGEN INC COMMON STOCK | A | Dividend | J | T | Buy | 03/10/14 | J | | |
| 402. | | | | | Buy (add'l) | 06/16/14 | J | | |
| 403. APOLLO INVESTMENT CORP FUND | A | Dividend | | | Buy (add'l) | 03/24/14 | J | | |
| 404. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 405. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 406. | | | | | Sold (part) | 07/23/14 | J | A | |
| 407. | | | | | Sold (part) | 08/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. | | | | | Sold | 09/10/14 | J | A | |
| 409. APPLE INC COMMON STOCK | A | Dividend | | | Sold | 10/21/14 | K | D | |
| 410. ARES CAPITAL CORP FUND | | None | J | T | Buy | 12/11/14 | J | | |
| 411. ARES DYNAMIC CREDIT ALLOC FUND | A | Dividend | J | T | Buy | 08/21/14 | J | | |
| 412. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 413. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 414. ASHFORD HOSPITALITY TR INC | A | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 415. | | | | | Sold (part) | 03/21/14 | J | B | |
| 416. | | | | | Sold | 03/24/14 | J | A | |
| 417. AVENUE INCOME CREDIT FUND | B | Dividend | J | T | Sold (part) | 02/24/14 | J | | |
| 418. | | | | | Sold (part) | 06/19/14 | J | | |
| 419. BLACKSTONE/GSO STRAT CREDIT FUND | A | Dividend | J | T | Buy | 08/22/14 | J | | |
| 420. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 421. CATALENT INC COMMON STOCK | | None | J | T | Buy | 08/12/14 | J | | |
| 422. | | | | | Buy (add'l) | 08/13/14 | J | | |
| 423. CHEVRON CORP COMMON STOCK | | None | J | T | Buy | 12/23/14 | J | | |
| 424. CHIMERA INVESTMENT CORP | B | Dividend | | | Buy (add'l) | 02/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. | | | | | Sold | 06/09/14 | K | B | |
| 426. COLUMBIA PPTY TR INC COMMON STOCK | A | Dividend | | | Buy | 01/15/14 | J | | |
| 427. | | | | | Buy (add'l) | 01/16/14 | J | | |
| 428. | | | | | Sold | 05/13/14 | J | B | |
| 429. DANAHER CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 430. DEVON ENERGY CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 431. DOUBLELINE TOTAL RETURN MUTUAL FUND | A | Dividend | | | Sold | 12/11/14 | J | | |
| 432. DOW CHEMICAL CO COMMON STOCK | | None | J | T | Buy | 12/23/14 | J | | |
| 433. EATON VANCE TAX MGD DIV EQU FUND | A | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 434. | | | | | Sold | 10/21/14 | J | A | |
| 435. FIDELITY ADV HEALTH CARE INST | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 436. FIRST TRUST DORSEY WRIGHT FUND | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 437. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 438. GOTHAM ABSOLUTE RETURN FUND | A | Dividend | K | T | Buy | 06/09/14 | K | | |
| 439. GUGGENHEIM SPIN OFF ETF | A | Dividend | J | T | Sold (part) | 02/05/14 | J | A | |
| 440. | | | | | Sold (part) | 11/05/14 | J | B | |
| 441. IMS HEALTH HOLDINGS INC COMMON STOCK | | None | J | T | Buy | 07/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. ISHARES MSCI GROWTH ETF | A | Dividend | J | T | Buy (add'l) | 01/13/14 | J | | |
| 443. ISHARES MSCI USA MOMENTUM FUND | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 444. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 445. ISHARES S&P MID CAP 400 GROWTH ETF | A | Dividend | | | Sold | 10/29/14 | K | C | |
| 446. JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 447. JP MORGAN INTREPID EURO SEL | A | Dividend | K | T | Buy | 10/20/14 | J | | |
| 448. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 449. KAR AUCTION SVCS INC | A | Dividend | K | T | Sold (part) | 06/19/14 | J | A | |
| 450. LINEAR TECHNOLOGY CORP COMMON | A | Dividend | | | Buy | 02/24/14 | J | | |
| 451. | | | | | Sold | 08/27/14 | J | | |
| 452. MCDONALDS CORP | A | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 453. | | | | | Sold | 10/21/14 | J | | |
| 454. MEDTRONIC INC COMMON STOCK | A | Dividend | J | T | Buy | 06/19/14 | J | | |
| 455. METLIFE INC COMMON STOCK | A | Dividend | | | Buy | 03/18/14 | J | | |
| 456. | | | | | Sold | 05/21/14 | J | | |
| 457. MICRON TECH INC COMMON | | None | | | Buy | 02/05/14 | J | | |
| 458. | | | | | Sold (part) | 07/09/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. | | | | | Sold | 09/19/14 | J | C | |
| 460. MONSANTO CO COMMON STOCK | A | Dividend | | | Buy | 06/19/14 | J | | |
| 461. | | | | | Sold | 08/21/14 | J | | |
| 462. OCH-ZIFF CAPITAL MANAGEMENT (SEE NOTES 1 & 7 IN SECT VIII) | B | Distribution | J | T | Sold (part) | 01/15/14 | J | B | |
| 463. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 464. | | | | | Distributed (part) | 02/25/14 | J | | |
| 465. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 466. | | | | | Distributed (part) | 05/19/14 | J | | |
| 467. | | | | | Sold (part) | 07/23/14 | J | B | |
| 468. PENNANTPARK FLTG RT CAP LTD FUND | A | Dividend | | | Sold (part) | 02/24/14 | J | A | |
| 469. | | | | | Sold (part) | 07/24/14 | J | A | |
| 470. | | | | | Sold | 08/12/14 | J | A | |
| 471. PHILLIPS 66 COMMON STOCK | A | Dividend | J | T | Buy | 07/09/14 | J | | |
| 472. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 473. POWERSHRES ETF TR DYNA BUYBK FUND | A | Dividend | K | T | | | | | |
| 474. PROCTER & GAMBLE | A | Dividend | | | Sold | 05/22/14 | J | | |
| 475. PROSHARES TR S&P 500 DV ARIST FUND | A | Dividend | K | T | Buy | 10/29/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476. PROSPECT CAPITAL CORP FUND | A | Dividend | J | T | Buy | 05/13/14 | J | | |
| 477. | | | | | Sold (part) | 08/21/14 | J | A | |
| 478. | | | | | Sold | 08/22/14 | J | A | |
| 479. | | | | | Buy | 12/11/14 | J | | |
| 480. PRUDENTIAL FINANCIAL INC COMMON STOCK | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 481. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 482. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 483. QUALCOMM INC | | None | | | Sold | 02/20/14 | J | C | |
| 484. SEADRILL LTD | B | Dividend | | | Buy (add'l) | 02/04/14 | J | | |
| 485. | | | | | Sold (part) | 06/19/14 | J | A | |
| 486. | | | | | Sold | 09/15/14 | J | | |
| 487. SOLAR SENIOR CAPITAL LTD | A | Dividend | J | T | Buy | 08/28/14 | J | | |
| 488. SOLAR CAPITAL LTD FUND | A | Dividend | K | T | Buy | 09/11/14 | J | | |
| 489. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 490. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 491. SPDR S&P EMERGING ASIA PACIFIC FUND | A | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 492. | | | | | Buy (add'l) | 02/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493. | | | | | Sold | 03/11/14 | J | A | |
| 494. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | K | T | Buy (add'l) | 01/13/14 | J | | |
| 495. | | | | | Sold (part) | 06/19/14 | J | C | |
| 496. STARWOOD PROPERTY TRUST | B | Dividend | J | T | Sold (part) | 02/24/14 | J | | |
| 497. | | | | | Sold (part) | 06/19/14 | J | | |
| 498. STARWOOD WAYPOINT | | None | | | Spinoff (from line 496) | 01/31/14 | J | | |
| 499. | | | | | Sold (part) | 01/31/14 | J | A | |
| 500. | | | | | Sold | 02/03/14 | J | A | |
| 501. UNITED TECHNOLOGIES CORP | A | Dividend | | | Sold (part) | 06/19/14 | J | B | |
| 502. | | | | | Sold | 07/07/14 | J | C | |
| 503. VANGUARD DIVIDEND APPRECIATION FUND | A | Dividend | | | Sold | 10/29/14 | K | D | |
| 504. VANGUARD INFO TECH ETF | A | Dividend | J | T | | | | | |
| 505. VANGUARD MID-CAP ETF | A | Dividend | K | T | Buy | 10/29/14 | K | | |
| 506. VANGUARD SMALL CAP ETF | A | Dividend | K | T | Buy | 10/21/14 | J | | |
| 507. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 508. VERIZON COMMUNICATIONS | | None | | | Spinoff (from line 510) | 02/21/14 | J | | |
| 509. | | | | | Sold | 02/26/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 510. VODAFONE GP PLC ADS | C | Dividend | J | T | Sold (part) | 02/21/14 | J | | |
| 511. WELLS FARGO & CO | A | Dividend | J | T | Buy (add'l) | 02/24/14 | J | | |
| 512. WISDOMTREE EUROPE HEDGED EQUITY FUND | A | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 513. | | | | | Sold | 10/20/14 | J | A | |
| 514. WISDOMTREE SMALL CAP DIV FUND | A | Dividend | K | T | | | | | |
| 515. WISDOMTREE TRUST EMRG MKT EQUITY FUND | A | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 516. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 517. | | | | | Sold (part) | 03/10/14 | J | | |
| 518. | | | | | Sold | 12/05/14 | K | | |
| 519. WISDOMTREE TRUST JAPAN HEDGE EQUITY FUND | B | Dividend | J | T | Buy | 06/19/14 | J | | |
| 520. WISDOMTREE TRUST MIDCAP EARN | A | Dividend | J | T | Buy | 02/24/14 | J | | |
| 521. | | | | | Buy (add'l) | 02/26/14 | J | | |
| 522. YUM BRANDS INC | A | Dividend | | | Sold | 02/05/14 | J | A | |
| 523. IRA#2 - OPTIONS (SEE NOTE 3 IN SECT VIII) (LINES 524 - 535) | | | | | | | | | |
| 524. AMERICAN CAPITAL AGENCY - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 525. OPTION EXPIRED | | None | | | Expired | 03/24/14 | | A | |
| 526. APOLLO INVESTMENT CORP - OPENING CONTRACT (10/24/13) | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527. CLOSING CONTRACT | None | | | | Buy | 03/18/14 | J | A | |
| 528. JP MORGAN CHASE & CO - OPENING CONTRACT (9/24/13) | None | | | | | | | | |
| 529. CLOSING CONTRACT | None | | | | Buy | 02/07/14 | J | | |
| 530. SEADRILL LTD - OPENING CONTRACT (8/8/13) | None | | | | | | | | |
| 531. OPTION EXPIRED | None | | | | Expired | 01/21/14 | | A | |
| 532. SPDR S&P MIDCAP 400 ETF - OPENING CONTRACT (9/24/13) | None | | | | | | | | |
| 533. CLOSING CONTRACT | None | | | | Buy | 01/30/14 | J | | |
| 534. UNITED TECHNOLOGIES - OPENING CONTRACT (9/24/13) | None | | | | | | | | |
| 535. CLOSING CONTRACT | None | | | | Buy | 02/21/14 | J | A | |
| 536. ADDITIONAL COMMON STOCKS/ FUNDS (NON-IRA) (LINES 537-581) | | | | | | | | | |
| 537. SANDISK | B | Dividend | M | T | Buy (add'l) | 02/06/14 | J | | |
| 538. SANOFI | None | | L | T | Buy | 11/05/14 | K | | |
| 539. | | | | | Buy (add'l) | 12/05/14 | K | | |
| 540. SEMPRA ENERGY | B | Dividend | | | Sold (part) | 03/21/14 | K | D | |
| 541. | | | | | Sold | 07/02/14 | L | D | |
| 542. SMUCKER JM | A | Dividend | | | Sold | 03/21/14 | K | | |
| 543. SPDR S&P MIDCAP 400 ETF TRUST | None | | K | T | Buy | 10/22/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 544. SONIC CORP | G | Dividend | P3 | T | Sold (part) | 01/17/14 | M | E | |
| 545. | | | | | Buy (add'l) | 01/23/14 | M | | |
| 546. | | | | | Sold (part) | 01/24/14 | M | G | |
| 547. | | | | | Sold (part) | 02/18/14 | P1 | H1 | |
| 548. | | | | | Sold (part) | 06/11/14 | O | G | |
| 549. | | | | | Sold (part) | 06/12/14 | O | G | |
| 550. | | | | | Sold (part) | 07/28/14 | K | E | |
| 551. | | | | | Sold (part) | 07/31/14 | J | D | |
| 552. | | | | | Sold (part) | 08/18/14 | O | G | |
| 553. | | | | | Buy (add'l) | 12/08/14 | M | | |
| 554. | | | | | Sold (part) | 12/08/14 | N | F | |
| 555. | | | | | Buy (add'l) | 12/11/14 | M | | |
| 556. | | | | | Sold (part) | 12/11/14 | M | E | |
| 557. TEXTRON | A | Dividend | L | T | Buy (add'l) | 02/07/14 | J | | |
| 558. THE TRAVELERS COS | D | Dividend | M | T | Sold (part) | 08/29/14 | K | E | |
| 559. UNILEVER | A | Dividend | | | Sold (part) | 02/07/14 | K | D | |
| 560. | | | | | Sold | 03/24/14 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 561. UNITED CONTINENTAL | | None | N | T | Buy (add'l) | 01/14/14 | L | | |
| 562. | | | | | Buy (add'l) | 06/11/14 | K | | |
| 563. UNUM GROUP | C | Dividend | M | T | Sold (part) | 11/24/14 | L | E | |
| 564. UPS COMMON STOCK | | None | L | T | Buy | 12/08/14 | L | | |
| 565. UTILITIES SEL SECT SPDR FUND | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 566. | | | | | Sold (part) | 12/02/14 | J | A | |
| 567. VANGUARD INDEX FUNDS S&P 500 ETF | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 568. VANGUARD SMALL CAP ETF | A | Dividend | K | T | Buy | 10/22/14 | K | | |
| 569. VANGUARD TELE SVCS ETF INDEX | A | Dividend | J | T | Buy | 12/02/14 | J | | |
| 570. VERITIV | | None | | | Spinoff (from line 335) | 07/01/14 | J | | |
| 571. | | | | | Sold (part) | 07/09/14 | J | B | |
| 572. | | | | | Sold | 08/08/14 | J | A | |
| 573. VIACOM | B | Dividend | M | T | | | | | |
| 574. VIRTUS INSIGHT EMERG MKTS MUTUTAL FUND | A | Dividend | J | T | Buy | 11/03/14 | J | | |
| 575. WALGREEN | E | Dividend | P1 | T | | | | | |
| 576. WALMART STORES | D | Dividend | | | Donated | | | | |
| 577. WEYERHAEUSER CO | B | Dividend | L | T | Sold (part) | 04/16/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 578. WIDSOMTREE EUROPE HEDGED EQUITY | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 579. WISDOMTREE TRUST EM MKTS DVD GROWTH | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 580. WIDSOMTREE TRUST JAPAN HEDGE EQUITY | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 581. WISDOMTREE TRUST MDCP EARN | A | Dividend | K | T | Buy | 10/22/14 | J | | |
| 582. MLPS (LINES 583-652) EXCEPT WHERE NOTED | | | | | | | | | |
| 583. APOLLO INVESTMENT CORP COMMON STOCK | D | Dividend | M | T | Buy (add'l) | 03/26/14 | M | | |
| 584. | | | | | Sold (part) | 03/18/14 | L | D | |
| 585. BUCKEYE PARTNERS (SEE NOTE 1 IN SECT VIII) | | None | N | T | Distributed (part) | 02/25/14 | J | | |
| 586. | | | | | Distributed (part) | 05/19/14 | J | | |
| 587. | | | | | Distributed (part) | 08/07/14 | J | | |
| 588. | | | | | Distributed (part) | 11/25/14 | J | | |
| 589. CHIMERA INVESTMENT CORP COMMON STOCK | E | Dividend | M | T | | | | | |
| 590. KINDER MORGAN ENERGY (FKA COPANO ENERGY) (NOTE I SECT VIII) | | None | | | Distributed (part) | 02/14/14 | J | | |
| 591. | | | | | Distributed (part) | 05/15/14 | J | | |
| 592. | | | | | Distributed (part) | 08/07/14 | J | | |
| 593. | | | | | Sold (part) | 09/04/14 | L | E | |
| 594. | | | | | Sold (part) | 09/04/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. | | | | | Distributed (part) | 11/14/14 | J | | |
| 596. | | | | | Buy (add'l) | 12/09/14 | L | | |
| 597. | | | | | Sold | 12/09/14 | M | F | |
| 598. CRESTWOOD EQUITY PARTNERS (SEE NOTE 1 IN SECT VIII) | None | M | T | | Buy (add'l) | 08/07/14 | M | | |
| 599. | | | | | Distributed (part) | 02/14/14 | J | | |
| 600. | | | | | Distributed (part) | 05/15/14 | J | | |
| 601. | | | | | Distributed (part) | 08/07/14 | J | | |
| 602. | | | | | Distributed (part) | 11/14/14 | J | | |
| 603. CRESTWOOD MIDSTREAM PARTNERS (SEE NOTE 1 IN SECT VIII) | None | L | T | | Distributed (part) | 02/14/14 | J | | |
| 604. | | | | | Distributed (part) | 05/15/14 | J | | |
| 605. | | | | | Distributed (part) | 08/07/14 | J | | |
| 606. | | | | | Distributed (part) | 11/14/14 | J | | |
| 607. ENERGY TRANS EQTY LP (SEE NOTE 1 IN SECT VIII) | None | N | T | | Distributed (part) | 02/19/14 | J | | |
| 608. | | | | | Distributed (part) | 05/19/14 | J | | |
| 609. | | | | | Distributed (part) | 08/07/14 | J | | |
| 610. | | | | | Distributed (part) | 11/19/14 | J | | |
| 611. ENTERPRISE GP/AKA ENTERPRISE PRODS LP (NOTE 1 IN SECT VIII) | None | M | T | | Distributed (part) | 02/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 612. | | | | | Distributed (part) | 05/07/14 | J | | |
| 613. | | | | | Distributed (part) | 08/07/14 | J | | |
| 614. | | | | | Distributed (part) | 11/07/14 | J | | |
| 615. MAGELLAN MIDSTREAM PARTNERS LP (SEE NOTE 1 IN SECT VIII) | B | Distribution | L | T | Distributed (part) | 02/14/14 | J | | |
| 616. | | | | | Distributed (part) | 05/15/14 | J | | |
| 617. | | | | | Distributed (part) | 08/07/14 | J | | |
| 618. | | | | | Distributed (part) | 11/14/14 | J | | |
| 619. MARKWEST ENERGY PARTNERS LP (SEE NOTE 1 IN SECT VIII) | | None | M | T | Distributed (part) | 02/14/14 | J | | |
| 620. | | | | | Distributed (part) | 05/15/14 | J | | |
| 621. | | | | | Distributed (part) | 08/07/14 | J | | |
| 622. | | | | | Distributed (part) | 11/14/14 | J | | |
| 623. NORTHERN TIER ENERGY LP (SEE NOTE 1 IN SECT VIII) | E | Distribution | N | T | Distributed (part) | 02/28/14 | J | | |
| 624. | | | | | Distributed (part) | 05/30/14 | J | | |
| 625. | | | | | Distributed (part) | 08/07/14 | J | | |
| 626. | | | | | Distributed (part) | 11/25/14 | J | | |
| 627. OCH-ZIFF (SEE NOTES 1 & 7 IN SECT VIII) | E | Distribution | M | T | Buy | 03/21/14 | M | | |
| 628. | | | | | Buy (add'l) | 03/24/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 629. | | | | | Distributed (part) | 05/19/14 | J | | |
| 630. PETROLOGISTICS LP (SEE NOTE 1 IN SECT VIII) | C | Distribution | | | Distributed (part) | 02/25/14 | J | | |
| 631. | | | | | Distributed (part) | 05/14/14 | J | | |
| 632. | | | | | Distributed (part) | 07/16/14 | J | | |
| 633. | | | | | Sold | 07/16/14 | M | E | |
| 634. PROSPECT CAPITAL | C | Dividend | K | T | Buy | 05/22/14 | L | | |
| 635. PVR PARTNERS (SEE NOTE 1 IN SECT VIII) | | None | | | Distributed (part) | 02/13/14 | J | | |
| 636. | | | | | Redeemed | 03/24/14 | M | | |
| 637. REGENCY (SEE NOTE 1 IN SECT VIII) | | None | M | T | Spinoff (from line 636) | 03/24/14 | M | | |
| 638. | | | | | Distributed (part) | 05/15/14 | J | | |
| 639. | | | | | Distributed (part) | 08/07/14 | J | | |
| 640. | | | | | Distributed (part) | 11/14/14 | J | | |
| 641. RHINO RESOURCE PARTNERS (SEE NOTE 1 IN SECT VIII) | E | Distribution | | | Distributed (part) | 02/14/14 | J | | |
| 642. | | | | | Distributed (part) | 05/15/14 | J | | |
| 643. | | | | | Distributed (part) | 08/07/14 | J | | |
| 644. | | | | | Sold | 08/01/14 | L | | |
| 645. TARGA RES PARTNERS SEE NOTE 1 IN SECT VIII) | | None | M | T | Distributed (part) | 02/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 646. | | | | | Distributed (part) | 05/15/14 | J | | |
| 647. | | | | | Distributed (part) | 08/07/14 | J | | |
| 648. | | | | | Distributed (part) | 11/14/14 | J | | |
| 649. WESTERN GAS PARTNERS (SEE NOTE 1 IN SECT VIII) | None | | L | T | Distributed (part) | 02/12/14 | J | | |
| 650. | | | | | Distributed (part) | 05/14/14 | J | | |
| 651. | | | | | Distributed (part) | 08/07/14 | J | | |
| 652. | | | | | Distributed (part) | 11/13/14 | J | | |
| 653. MLP ACCOUNT - OPTIONS (LINES 654-657 (NOTE 3 IN SECT VIII) | | | | | | | | | |
| 654. APOLLO INVESTMENT CALL #2 - OPENING (9/12/13) | | None | | | | | | | |
| 655. OPTION ASSIGNED | | None | | | Redeemed | 03/18/14 | | | |
| 656. APOLLO INVESTMENT CALL #3 - OPENING (10/24/13) | | None | | | | | | | |
| 657. OPTION EXPIRED | | None | | | Expired | 03/24/14 | | A | |
| 658. BONDS/FIXED INCOME (LINES 659 - 660) | | | | | | | | | |
| 659. PETROLEOS DE VENEZUELA - BONDS | C | Interest | | | Sold | 03/05/14 | L | | |
| 660. RIDGEWORTH FUNDS SEIX FLTG RATE | E | Dividend | O | T | | | | | |
| 661. CASH/S/T INVESTS/MM ACCTS (LINES 662-677) | | | | | | | | | |
| 662. GOLDMAN SACHS FINANCIAL SQUARE MM/CASH | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 663. GOLDMAN SACHS BANK DEPOSIT/ CASH #2 (FDN) | A | Interest | K | T | | | | | |
| 664. CITIBANK CHECKING ACCOUNT - FOUNDATION | | None | J | T | | | | | |
| 665. CITIBANK INTEREST CHECKING ACCOUNT #1 (FERP) | A | Interest | J | T | | | | | |
| 666. CITIBANK CHECKING ACCOUNT (HH) | | None | J | T | | | | | |
| 667. CITIBANK AGENCY TRUST CASH ACCOUNT | A | Interest | M | T | | | | | |
| 668. CITIBANK ASSET ACCOUNT | | None | M | T | | | | | |
| 669. CITIBANK MONEY MARKET PLUS | C | Interest | P1 | T | | | | | |
| 670. CITIBANK INTEREST CHECKING ACCOUNT #2 (KATNH) | A | Interest | J | T | | | | | |
| 671. STATE STREET INST LIQUID RESERVES MM/CASH (NB) | A | Dividend | M | T | | | | | |
| 672. BARCLAYS CASH (SEE NOTE 8 IN SECT VIII) | A | Interest | J | T | | | | | |
| 673. UBS BANK USA DEPOSIT ACCOUNT (SEE NOTE 8 IN SECT VIII) | | None | J | T | | | | | |
| 674. CGMI BANK DEPOSIT PROGRAM | A | Interest | N | T | | | | | |
| 675. MORGAN STANLEY BANK/TRUST DEPOSITS #2 | A | Interest | M | T | | | | | |
| 676. MORGAN STANELY BANK/TRUST DEPOSITS #2A | A | Interest | J | T | Open | 10/21/14 | M | | |
| 677. MORGAN STANLEY BANK/TRUST DEPOSITS #3 (ROTH IRA) | A | Interest | K | T | | | | | |
| 678. FDN BROKERAGE #1 (LINES 679-681) (NOTE 16 IN SECT VIII) | | | | | | | | | |
| 679. ABBVIE INC. COMMON STOCK (X) | D | Dividend | M | T | Sold (part) | 12/12/14 | N | F | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 680. WAL MART STORES INC COMMON STOCK (X) | C | Dividend | L | T | Sold (part) | 04/10/14 | L | A | |
| 681. | | | | | Sold (part) | 12/12/14 | N | E | |
| 682. FDN BRKG ACCT #2 (LINES 683 -846) (SEE NOTE 16 SECT VIII) | | | | | | | | | |
| 683. MORGAN STANLEY BANK/TRUST #1 (CASH/MM) | | None | J | T | | | | | |
| 684. MORGAN STANLEY BANK/TRUST #2 (CASH/MM) | A | Interest | K | T | | | | | |
| 685. COMMON STOCKS AND FUNDS (LINES 686- 827) | | | | | | | | | |
| 686. ACTAVIS PLC | | None | L | T | Buy | 06/19/14 | L | | |
| 687. ALCOBRA LTD | | None | | | Buy | 07/10/14 | J | | |
| 688. | | | | | Sold | 10/27/14 | J | | |
| 689. AMERICAN CAPITAL AGENCY | D | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 690. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 691. | | | | | Sold (part) | 09/10/14 | K | | |
| 692. | | | | | Sold | 12/11/14 | K | | |
| 693. AMER INTL GP INC | A | Dividend | L | T | Sold (part) | 06/19/14 | K | E | |
| 694. AMGEN INC COMMON STOCK | A | Dividend | L | T | Buy | 03/10/14 | L | | |
| 695. | | | | | Buy (add'l) | 06/16/14 | J | | |
| 696. APOLLO INVESTMENT CORP | C | Dividend | | | Buy (add'l) | 03/24/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 697. | | | | | Buy (add'l) | 04/29/14 | K | | |
| 698. | | | | | Sold (part) | 07/23/14 | K | C | |
| 699. | | | | | Sold (part) | 08/21/14 | K | B | |
| 700. | | | | | Sold | 09/10/14 | K | C | |
| 701. APPLE INC | A | Dividend | | | Buy (add'l) | 01/15/14 | K | | |
| 702. | | | | | Sold | 10/21/14 | L | E | |
| 703. ARES CAPITAL CORP | | None | L | T | Buy | 12/11/14 | L | | |
| 704. ARES DYNAMIC CREDIT ALLOC FUND | B | Dividend | K | T | Buy | 08/21/14 | K | | |
| 705. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 706. | | | | | Buy (add'l) | 08/25/14 | K | | |
| 707. ASHFORD HOSPITALITY TR INC | A | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 708. | | | | | Sold (part) | 03/21/14 | K | D | |
| 709. | | | | | Sold | 03/24/14 | K | C | |
| 710. AVENUE INCOME CREDIT | D | Dividend | K | T | Sold (part) | 06/19/14 | K | A | |
| 711. BLACKSTONE/GSO STRAT CREDIT FUND | B | Dividend | L | T | Buy | 08/22/14 | K | | |
| 712. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 713. CATALENT INC COMMON STOCK | | None | L | T | Buy | 08/12/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 714. | | | | | Buy (add'l) | 08/13/14 | K | | |
| 715. CHEVRON CORP | | None | L | T | Buy | 12/23/14 | L | | |
| 716. CHIMERA INVESTMENT CORP | D | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 717. | | | | | Sold | 06/09/14 | L | D | |
| 718. COLUMBIA PPTY TR INC COMMON STOCK | A | Dividend | | | Buy | 01/15/14 | K | | |
| 719. | | | | | Buy (add'l) | 01/16/14 | K | | |
| 720. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 721. | | | | | Sold | 05/13/14 | L | D | |
| 722. DANAHER CORP | A | Dividend | L | T | Buy (add'l) | 02/24/14 | J | | |
| 723. DEVON ENERGY CORP | B | Dividend | L | T | Buy (add'l) | 02/04/14 | J | | |
| 724. DOUBLELINE TOTAL RETURN | B | Dividend | | | Sold | 12/11/14 | K | | |
| 725. DOW CHEMICAL CO | | None | L | T | Buy | 12/23/14 | L | | |
| 726. EATON VANCE TAX MGD DIV EQU FUND | C | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 727. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 728. | | | | | Sold | 10/21/14 | K | D | |
| 729. FIDELITY ADV HEALTH CARE INST | C | Dividend | L | T | Buy | 10/03/14 | K | | |
| 730. | | | | | Buy (add'l) | 11/06/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 731.   FIRST TRUST DORSEY WRIGHT FO | A | Dividend | L | T | Buy | 10/03/14 | K | | |
| 732. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 733.   GOTHAM ABSOLUTE RETURN | B | Dividend | M | T | Buy | 06/09/14 | M | | |
| 734.   GUGGENHEIM SPIN OFF ETF | A | Dividend | L | T | Sold (part) | 02/05/14 | J | B | |
| 735. | | | | | Sold (part) | 11/05/14 | K | D | |
| 736.   IMS HEALTH HOLDINGS INC COMMON STOCK | | None | L | T | Buy | 07/23/14 | L | | |
| 737.   ISHARES MSCI GROWTH INDX FD | B | Dividend | K | T | Buy (add'l) | 02/24/14 | J | | |
| 738.   ISHARES MSCI USA MOMENTUM | A | Dividend | L | T | Buy | 10/03/14 | K | | |
| 739. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 740.   ISHARES S&P MID CAP 400 GROWTH ETF | A | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 741. | | | | | Sold | 10/29/14 | L | E | |
| 742.   JP MORGAN CHASE | B | Dividend | L | T | | | | | |
| 743.   JP MORGAN INTREPID EURO SEL | C | Dividend | L | T | Buy | 10/20/14 | L | | |
| 744. | | | | | Buy (add'l) | 11/21/14 | K | | |
| 745.   KAR AUCTION SERVICES INC | C | Dividend | L | T | Buy (add'l) | 02/24/14 | J | | |
| 746. | | | | | Sold (part) | 06/19/14 | J | A | |
| 747.   LINEAR TECHNOLOGY CORP | A | Dividend | | | Buy | 02/24/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 748. | | | | | Sold | 08/27/14 | K | | |
| 749. MCDONALDS CORP | B | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 750. | | | | | Sold | 10/21/14 | K | | |
| 751. MEDTRONIC INC COMMON STOCK | A | Dividend | L | T | Buy | 06/19/14 | L | | |
| 752. METLIFE INC COMMON STOCK | A | Dividend | | | Buy | 03/18/14 | L | | |
| 753. | | | | | Sold | 05/21/14 | L | | |
| 754. MICRON TECH INC | | None | | | Buy | 02/05/14 | K | | |
| 755. | | | | | Sold (part) | 07/09/14 | J | C | |
| 756. | | | | | Sold | 09/19/14 | L | D | |
| 757. MONSANTO CO COMMON STOCK | A | Dividend | | | Buy | 06/19/14 | L | | |
| 758. | | | | | Sold | 08/21/14 | L | | |
| 759. OCH-ZIFF CAPITAL MANAGEMENT (SEE NOTES 1 & 7 IN SECT VIII) | D | Distribution | K | T | Sold (part) | 01/15/14 | K | D | |
| 760. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 761. | | | | | Distributed (part) | 02/25/14 | J | | |
| 762. | | | | | Buy (add'l) | 04/29/14 | K | | |
| 763. | | | | | Distributed (part) | 05/19/14 | J | | |
| 764. | | | | | Sold (part) | 07/23/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 765. PENNANTPARK FLTG RT CAP LTD | C | Dividend | | | Sold (part) | 02/24/14 | J | A | |
| 766. | | | | | Sold (part) | 07/24/14 | K | A | |
| 767. | | | | | Sold (part) | 08/12/14 | J | A | |
| 768. | | | | | Sold (part) | 08/13/14 | K | A | |
| 769. | | | | | Sold | 08/14/14 | J | A | |
| 770. PHILLIPS 66 COMMON STOCK | A | Dividend | L | T | Buy | 07/09/14 | L | | |
| 771. | | | | | Buy (add'l) | 12/23/14 | K | | |
| 772. POWERSHARES ETF TR DYNA BUYBK | B | Dividend | M | T | Buy (add'l) | 02/24/14 | J | | |
| 773. PROCTER & GAMBLE | B | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 774. | | | | | Sold | 05/22/14 | L | | |
| 775. PROSHARES TR S&P 500 DV ARIST | A | Dividend | L | T | Buy | 10/29/14 | L | | |
| 776. PROSPECT CAPITAL CORP COMMON STOCK | B | Dividend | L | T | Buy | 05/13/14 | L | | |
| 777. | | | | | Sold (part) | 08/21/14 | K | B | |
| 778. | | | | | Sold | 08/22/14 | K | C | |
| 779. | | | | | Buy | 12/11/14 | L | | |
| 780. PRUDENTIAL FINANCIAL COMMON STOCK | B | Dividend | L | T | Buy | 05/21/14 | L | | |
| 781. | | | | | Buy (add'l) | 05/22/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 782. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 783. QUALCOMM INC | | None | | | Sold | 02/20/14 | L | E | |
| 784. SEADRILL LTD | D | Dividend | | | Buy (add'l) | 02/04/14 | J | | |
| 785. | | | | | Sold (part) | 06/19/14 | K | D | |
| 786. | | | | | Sold | 09/15/14 | K | | |
| 787. SOLAR CAPITAL LTD | B | Dividend | L | T | Buy | 09/11/14 | L | | |
| 788. | | | | | Buy (add'l) | 09/24/14 | K | | |
| 789. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 790. SOLAR SENIOR CAPITAL LTD | A | Dividend | K | T | Buy | 08/28/14 | K | | |
| 791. SPDR S&P EMERGING ASIA PACIFIC | A | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 792. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 793. | | | | | Sold | 03/11/14 | L | B | |
| 794. SPDR S&P MIDCAP 400 ETF TRUST | B | Dividend | M | T | Buy (add'l) | 01/13/14 | K | | |
| 795. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 796. | | | | | Sold (part) | 06/19/14 | L | E | |
| 797. STARWOOD PROPERTY TRUST INC | D | Dividend | L | T | Buy (add'l) | 02/24/14 | J | | |
| 798. | | | | | Sold (part) | 06/19/14 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 799. STARWOOD WAYPOINT | | None | | | Spinoff (from line 797) | 01/31/14 | K | | |
| 800. | | | | | Sold (part) | 01/31/14 | J | A | |
| 801. | | | | | Sold | 02/03/14 | K | A | |
| 802. UNITED TECHNOLOGIES CORP | A | Dividend | | | Sold (part) | 06/19/14 | K | D | |
| 803. | | | | | Sold | 07/07/14 | L | D | |
| 804. VANGUARD DIVIDEND APPRECIATION | B | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 805. | | | | | Sold | 10/29/14 | L | E | |
| 806. VANGUARD INFO TECH ETF | A | Dividend | L | T | | | | | |
| 807. VANGUARD MID-CAP ETF | B | Dividend | L | T | Buy | 10/29/14 | L | | |
| 808. VANGUARD SMALL CAP ETF | B | Dividend | L | T | Buy | 10/21/14 | L | | |
| 809. | | | | | Buy (add'l) | 10/29/14 | K | | |
| 810. VERIZON COMMUNICATIONS COMMON STOCK | | None | | | Spinoff (from line 813) | 02/21/14 | K | | |
| 811. | | | | | Sold (part) | 02/21/14 | J | | |
| 812. | | | | | Sold | 02/26/14 | K | | |
| 813. VODAFONE GP PLC ADS | D | Dividend | K | T | Sold (part) | 02/21/14 | J | | |
| 814. WELLS FARGO & CO | B | Dividend | L | T | Buy (add'l) | 02/04/14 | K | | |
| 815. | | | | | Buy (add'l) | 02/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 816. WISDOMTREE EUROPE HEDGED EQUITY FUND | A | Dividend | | | Buy (add'l) | 01/13/14 | J | | |
| 817. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 818. | | | | | Sold | 10/20/14 | L | B | |
| 819. WISDOMTREE SMALL CAP DIV FUND | B | Dividend | L | T | Buy (add'l) | 02/24/14 | J | | |
| 820. WISDOMTREE TRUST EMRG MKT EQT | C | Dividend | | | Buy (add'l) | 01/13/14 | K | | |
| 821. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 822. | | | | | Sold (part) | 03/10/14 | K | | |
| 823. | | | | | Sold | 12/05/14 | L | | |
| 824. WIDSOMTREE TRUST JAPAN HEDGE EQUITY | D | Dividend | L | T | Buy | 06/19/14 | L | | |
| 825. WISDOMTREE TRUST MDCP EARN | A | Dividend | L | T | Buy | 02/24/14 | K | | |
| 826. | | | | | Buy (add'l) | 02/26/14 | K | | |
| 827. YUM BRANDS INC | A | Dividend | | | Sold | 02/05/14 | K | C | |
| 828. OPTIONS (LINES 829-846) (SEE NOTE 3 IN SECTION VIII) | | | | | | | | | |
| 829. AMERICAN CAPITAL AGENCY - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 830. CONTRACT EXPIRED | | None | | | Expired | 03/24/14 | | B | |
| 831. APOLLO INVESTMENT CORP - OPENING CONTRACT (10/24/13) | | None | | | | | | | |
| 832. CLOSING CONTRACT | | None | | | Buy | 03/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 833. JP MORGAN CHASE - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 834. CLOSING CONTRACT | | None | | | Buy | 02/07/14 | J | | |
| 835. MCDONALDS - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 836. CONTRACT EXPIRED | | None | | | Expired | 03/24/14 | | B | |
| 837. QUALCOMM - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 838. CONTRACT EXPIRED | | None | | | Expired | 01/21/14 | | A | |
| 839. SEADRILL - OPENING CONTRACT (8/5/13) | | None | | | | | | | |
| 840. CONTRACT EXPIRED | | None | | | Expired | 01/21/14 | | B | |
| 841. SPDR S&P MIDCAP 400 ETF TRUST - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 842. CLOSING CONTRACT | | None | | | Buy | 01/30/14 | J | | |
| 843. UNITED TECHNOLOGIES - OPENING CONTRACT (9/24/13) | | None | | | | | | | |
| 844. CLOSING CONTRACT | | None | | | Buy | 02/21/14 | J | A | |
| 845. WELLS FARGO & CO - OPENING CONTRACT (9/25/2013) | | None | | | | | | | |
| 846. CLOSING CONTRACT | | None | | | Buy | 04/10/14 | J | | |
| 847. NON-PUBLICS (SEE NOTES 5 & 7 IN SECT VIII) (LINES 848-1011) | | | | | | | | | |
| 848. ARIZONA SNOWBOWL (SEE NOTE 1 IN SECT VIII) | | None | O | W | Buy (add'l) | 04/28/14 | K | | |
| 849. ELGIN CAPITAL (SEE NOTES 1 & 14 IN SECT VIII) | G | Distribution | P1 | W | Distributed (part) | 10/20/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 850. | | | | | Distributed (part) | 12/23/14 | L | | |
| 851. ENTERTAINMENT ACQUISTION COMPANY (X) (NOTE 11 IN SECT VIII) | C | Distribution | | | | | | | |
| 852. CENTERBRIDGE CREDIT PARTNERS (SEE NOTE 1 IN SECT VIII) | F | Distribution | P1 | U | | | | | |
| 853. TAMPA BAY RAYS (SEE NOTES 1 & 14 IN SECT VIII) | F | Distribution | N | W | | | | | |
| 854. FRESH DIRECT | | None | O | W | | | | | |
| 855. HARDING SERVICE, LLC (SEE NOTES 1 & 6 IN SECT VIII) (X) | B | Distribution | J | V | | | | | |
| 856. OFFIT CAPITAL ADVISORS (SEE NOTE 1 IN SECTION VIII) | | None | N | W | Distributed (part) | 01/14/14 | K | | |
| 857. OPUS MEDIA PARTNERS (SEE NOTE 1 IN SECT VIII) | | None | | | Distributed | 06/13/14 | K | | |
| 858. UNIVERSAL HOSPITAL SERVICES HOLDING CO (NOTE 1 SECT VIII) | A | Distribution | M | W | | | | | |
| 859. WHOLESOME FOODS (SEE NOTES 1 & 14 IN SECTION VIII) | | None | O | W | | | | | |
| 860. GOLUB CAPITAL PARTNERS (SEE NOTE 9 IN SECTION VIII) | G | Distribution | P1 | W | Distributed (part) | 01/29/14 | K | | |
| 861. | | | | | Distributed (part) | 04/28/14 | K | | |
| 862. | | | | | Distributed (part) | 07/24/14 | K | | |
| 863. | | | | | Distributed (part) | 10/29/14 | K | | |
| 864. GOLUB CAPITAL VIII (SEE NOTE 9 IN SECT VIII) | G | Distribution | P1 | W | Distributed (part) | 01/28/14 | K | | |
| 865. | | | | | Buy (add'l) | 03/12/14 | M | | |
| 866. | | | | | Buy (add'l) | 04/10/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 867. | | | | | Distributed (part) | 04/25/14 | K | | |
| 868. | | | | | Buy (add'l) | 06/27/14 | L | | |
| 869. | | | | | Distributed (part) | 07/24/14 | K | | |
| 870. | | | | | Buy (add'l) | 08/01/14 | M | | |
| 871. | | | | | Buy (add'l) | 08/25/14 | L | | |
| 872. | | | | | Buy (add'l) | 10/03/14 | K | | |
| 873. | | | | | Distributed (part) | 10/28/14 | K | | |
| 874. | | | | | | | | | |
| 875. IRVING PLACE CAPITAL II (SEE NOTES 9 & 14 IN SECT VIII) | | None | L | W | Distributed (part) | 01/21/14 | J | | |
| 876. IRVING PLACE CAPITAL III (SEE NOTES 9 & 14 IN SECT VIII) | G | Distribution | P1 | W | Distributed (part) | 03/14/14 | K | | |
| 877. | | | | | Distributed (part) | 04/17/14 | N | | |
| 878. | | | | | Distributed (part) | 06/02/14 | L | | |
| 879. | | | | | Distributed (part) | 06/03/14 | M | | |
| 880. | | | | | Buy (add'l) | 06/13/14 | J | | |
| 881. | | | | | Distributed (part) | 07/10/14 | K | | |
| 882. | | | | | Distributed (part) | 12/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 883. BLACKSTONE REAL ESTATE PARTNERS (SEE NOTES 9&14 IN SECT VIII | H1 | Distribution | P2 | W | Distributed (part) | 01/14/14 | K | | |
| 884. | | | | | Distributed (part) | 01/27/14 | L | | |
| 885. | | | | | Distributed (part) | 02/25/14 | L | | |
| 886. | | | | | Distributed (part) | 03/04/14 | J | | |
| 887. | | | | | Distributed (part) | 04/16/14 | L | | |
| 888. | | | | | Buy (add'l) | 04/24/14 | K | | |
| 889. | | | | | Distributed (part) | 05/30/14 | L | | |
| 890. | | | | | Distributed (part) | 06/18/14 | M | | |
| 891. | | | | | Distributed (part) | 07/03/14 | O | | |
| 892. | | | | | Distributed (part) | 07/09/14 | M | | |
| 893. | | | | | Distributed (part) | 08/28/14 | N | | |
| 894. | | | | | Distributed (part) | 10/09/14 | N | | |
| 895. | | | | | Distributed (part) | 11/03/14 | M | | |
| 896. | | | | | Distributed (part) | 11/18/14 | O | | |
| 897. | | | | | Distributed (part) | 11/24/14 | M | | |
| 898. | | | | | Distributed (part) | 12/09/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 899. | | | | | Distributed (part) | 12/22/14 | K | | |
| 900. | | | | | Distributed (part) | 12/30/14 | K | | |
| 901. BLENHEIM ELGIN NATURAL RESOURCES FUND (NOTE 9 SECT VIII) | G | Distribution | P1 | W | Distributed (part) | 12/19/14 | M | | |
| 902. CENTERVIEW CAPITAL (SEE NOTES 10 & 14 IN SECT VIII) | | None | | | | | | | |
| 903. ADVANTAGE SALES MARKETING (SEE NOTE 15 IN SECT VIII) | | None | M | W | Buy | 09/26/14 | M | | |
| 904. DEL MONTE (SEE NOTE 15 IN SECT VIII) | | None | O | W | | | | | |
| 905. NIELSEN CO (SEE NOTE 15 IN SECT VIII) | | None | | | Sold (part) | 05/08/14 | L | F | |
| 906. | | | | | Sold | 05/29/14 | M | G | |
| 907. OLE SMOKEY TENNESSEE MOONSHINE (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 908. RICHELIEU FOODS, INC (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 909. HIGHCAPE PARTNERS (SEE NOTES 7 & 10 IN SECT VIII) | C | Interest | | | | | | | |
| 910. CHEETAH MEDICAL (SEE NOTE 15 IN SECT VIII) | | None | M | W | Buy | 05/12/14 | M | | |
| 911. | | | | | Buy (add'l) | 05/29/14 | L | | |
| 912. | | | | | Distributed (part) | 09/30/14 | K | | |
| 913. | | | | | Distributed (part) | 12/18/14 | K | | |
| 914. TEL ABIO (SEE NOTE 15 IN SECT VIII) | | None | M | W | Buy | 02/20/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 915. | | | | | Distributed (part) | 05/12/14 | J | | |
| 916. | | | | | Buy (add'l) | 09/26/14 | M | | |
| 917. | | | | | Distributed (part) | 09/30/14 | J | | |
| 918. | | | | | Distributed (part) | 12/18/14 | K | | |
| 919. KAYNE ANDERSON (SEE NOTE 9 IN SECT VIII) | C | Distribution | O | W | Buy (add'l) | 02/05/14 | M | | |
| 920. | | | | | Buy (add'l) | 06/02/14 | M | | |
| 921. | | | | | Buy (add'l) | 11/03/14 | M | | |
| 922. | | | | | Buy (add'l) | 12/18/14 | L | | |
| 923. DYNA VOX (Y) | | | | | | | | | |
| 924. VESTAR CAPL PRTNRS/ASSC IV/AIV (SEE NOTE 9 SECT VIII) | G | Distribution | N | W | Distributed (part) | 02/27/14 | K | | |
| 925. | | | | | Distributed (part) | 03/03/14 | J | | |
| 926. | | | | | Distributed (part) | 06/25/14 | L | | |
| 927. | | | | | Distributed (part) | 06/26/14 | J | | |
| 928. | | | | | Distributed (part) | 07/07/14 | P1 | | |
| 929. | | | | | Distributed (part) | 07/08/14 | L | | |
| 930. VESTAR CAP/ASSOC V (SEE NOTE 9 IN SECT VIII) | C | Distribution | P1 | W | Distributed (part) | 04/14/14 | K | | |
| 931. | | | | | Distributed (part) | 04/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 932. ARGO TECH (Y) | | | | | | | | | |
| 933. BORDER MEDIA (Y) | | | | | | | | | |
| 934. CCS INCOME TRUST (Y) | | | | | | | | | |
| 935. DEL MONTE (Y) | | | | | | | | | |
| 936. GLEASON CORP (Y) | | | | | | | | | |
| 937. HEALTHGRADES (Y) | | | | | | | | | |
| 938. INHEALTH (Y) | | | | | | | | | |
| 939. THE SUN PRODUCTS CORP (Y) | | | | | | | | | |
| 940. MEDI-MEDIA (Y) | | | | | | | | | |
| 941. NATIONAL MENTOR HLDNGS (Y) | | | | | | | | | |
| 942. PRESS GANEY (Y) | | | | | | | | | |
| 943. RADIATION THERAPY (Y) | | | | | | | | | |
| 944. SEVES SPA (Y) | | | | | | | | | |
| 945. DEVILBISS (Y) | | | | | | | | | |
| 946. TRITON CONTAINER INTL (Y) | | | | | | | | | |
| 947. WILTON RE HOLDINGS (Y) | | | | | | | | | |
| 948. RAZOR'S EDGE FUND (SEE NOTE 9 IN SECT VIII) | B | Distribution | P1 | W | Buy (add'l) | 02/12/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 949. | | | | | Buy (add'l) | 05/29/14 | M | | |
| 950. | | | | | Buy (add'l) | 11/14/14 | L | | |
| 951. RED ABBEY (SEE NOTE 9 IN SECT VIII) | G | Distribution | M | W | Distributed (part) | 04/25/14 | K | | |
| 952. SENTINEL CAPITAL II (SEE NOTE 10 IN SECT VIII) (Y) | | | | | | | | | |
| 953. SENTINEL CAPITAL III (SEE NOTE 10 IN SECT VIII) | H1 | Distribution | | | | | | | |
| 954. SENTINEL CAPITAL IV (SEE NOTES 10 & 14 IN SECT VIII) | G | Distribution | | | | | | | |
| 955. SENTINEL CAPITAL V (SEE NOTE 10 IN SECT VIII) | | None | | | | | | | |
| 956. CHASE DOOR HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | None | | | Sold | 09/18/14 | P1 | G | AUDAX GROUP |
| 957. | | | | | Distributed | 12/24/14 | J | D | |
| 958. CHECKERS & RALLY'S (SEE NOTE 15 IN SECTION VIII)\ | | None | O | W | Buy | 04/16/14 | O | | |
| 959. | | | | | Buy (add'l) | 06/30/14 | K | | |
| 960. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 961. CHROMALOX (SEE NOTES 11 & 15 IN SECTION VIII) | | None | | | Distributed | 01/02/14 | L | F | |
| 962. COLSON GROUP HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | None | O | W | Distributed (part) | 06/30/14 | J | | |
| 963. | | | | | Distributed (part) | 09/18/14 | J | | |
| 964. CREDIT INFONET HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 965. CRITICAL SOLUTIONS (SEE NOTE 15 IN SECTION VIII) | | None | L | W | Distributed (part) | 01/02/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 966. ENGINEERED CONTROLS (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 01/02/14 | O | G | |
| 967. HOLLANDER SLEEP PRODUCTS (SEE NOTE 15 IN SECT VIII) | | None | O | W | Buy | 11/06/14 | O | | |
| 968. HOSPICE ADVANTAGE (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 969. HUDDLE HOUSE (SEE NOTE 15 IN SECT VIII) | G | Dividend | N | W | | | | | |
| 970. IEP TECHNOLOGIES (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 971. INSCAPE (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 03/21/14 | J | B | |
| 972. INTERIM HEALTHCARE (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 12/19/14 | J | D | |
| 973. LTI FLEXIBLE PRODUCTS (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 12/19/14 | K | E | |
| 974. MASSAGE ENVY (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 03/31/14 | J | C | |
| 975. MIDWEST WHOLESALE HARDWARE (SEE NOTE 15 IN SECT VIII) | | None | | | Sold | 11/25/14 | J | | SUBORDINATED DEBT LENDER |
| 976. NATIONAL SPINE AND PAIN CENTERS (SEE NOTE 15 IN SECT VIII) | | None | O | W | Distributed (part) | 06/30/14 | J | | |
| 977. NEWK'S HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 04/16/14 | N | | |
| 978. NORTH AMERICAN RESCUE (SEE NOTE 15 IN SECT VIII) | D | Dividend | M | W | Distributed (part) | 06/30/14 | J | | |
| 979. | | | | | Distributed (part) | 09/18/14 | J | | |
| 980. NORTHEAST DENTAL MANAGEMENT (SEE NOTE 15 IN SECT VIII) | | None | O | W | Buy (add'l) | 01/02/14 | K | | |
| 981. PCH HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | O | W | Buy | 07/15/14 | O | | |
| 982. POWER PRODUCT (SEE NOTE 15 IN SECT VIII) | | None | O | W | Buy (add'l) | 01/02/14 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 983. | | | | | Distributed (part) | 06/30/14 | J | | |
| 984. | | | | | Distributed (part) | 09/18/14 | J | | |
| 985. PRECISION PIPELINE SOLUTIONS (SEE NOTE 15 IN SECT VIII) | None | | | | Sold | 12/31/14 | L | D | UTILITY SERVICES ASSOC |
| 986. ROBOMETRICS (SEE NOTE 15 IN SECT VIII) | None | | N | W | Buy | 12/08/14 | N | | |
| 987. SOUTHERN CALIFORNIA (SEE NOTES 11 & 15 IN SECT VIII) | None | | | | Distributed | 05/28/14 | M | G | |
| 988. SPINRITE (SEE NOTE 15 IN SECT VIII) | G | Dividend | P1 | W | Distributed (part) | 12/11/14 | L | F | |
| 989. TGI FRIDAYS (SEE NOTE 15 IN SECT VIII) | None | | P1 | W | Buy | 07/15/14 | P1 | | |
| 990. | | | | | Distributed (part) | 09/18/14 | K | | |
| 991. TRUSSBILT HOLDINGS (SEE NOTE 15 IN SECT VIII) | None | | | | Sold | 11/25/14 | M | | COASTAL DETENTION HOLDINGS |
| 992. | | | | | Distributed | 12/19/14 | J | D | |
| 993. VINTAGE HOLDINGS (SEE NOTE 15 IN SECT VIII) | G | Dividend | O | W | | | | | |
| 994. WELLSPRING PHARMACEUTICALS (SEE NOTE 15 IN SECTION VIII) | D | Interest | M | W | | | | | |
| 995. SCIENS CAPITAL (AKA ZILKHA) (SEE NOTES 6 & 9 IN SECT VIII) | G | Distribution | J | V | Sold (part) | 10/08/14 | M | | |
| 996. NORTHERN HELLENIC HOLDINGS (SEE NOTES 6,9&14 IN SECT VIII) | None | | K | V | | | | | |
| 997. QUINTANA ENERGY PARTNERS (SEE NOTES 9&14 IN SECT VIII) | F | Distribution | O | W | Distributed (part) | 11/04/14 | L | | |
| 998. | | | | | Buy (add'l) | 11/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 999. NB CO-INVESTMENT PARTNERS (SEE NOTES 9&14 IN SECT VIII) | G | Distribution | O | W | Distributed (part) | 01/15/14 | K | | |
| 1000. | | | | | Distributed (part) | 03/24/14 | K | | |
| 1001. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 1002. | | | | | Distributed (part) | 05/07/14 | K | | |
| 1003. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 1004. | | | | | Distributed (part) | 07/22/14 | K | | |
| 1005. | | | | | Distributed (part) | 09/12/14 | J | | |
| 1006. | | | | | Distributed (part) | 12/16/14 | L | | |
| 1007. TINICUM LP (SEE NOTES 9 & 14 IN SECT VIII) | | None | P1 | W | Buy (add'l) | 01/21/14 | N | | |
| 1008. | | | | | Buy (add'l) | 04/30/14 | M | | |
| 1009. | | | | | Distributed (part) | 10/30/14 | L | | |
| 1010. | | | | | Buy (add'l) | 10/30/14 | M | | |
| 1011. 3G SPECIAL SITUATIONS FUND III (SEE NOTE 9 IN SECT VIII) | A | Distribution | P1 | W | | | | | |
| 1012. OTHER INVESTMENTS/NOTES RECEIVABLES (LINES 1013-1043) | | | | | | | | | |
| 1013. CEDAR ROCK CAPITAL PARTNERS (SEE NOTE 1 IN SECT VIII) | F | Distribution | P1 | T | Buy | 02/27/14 | P1 | | |
| 1014. CHESAPEAKE PARTNERS (SEE NOTE 1 IN SECT VIII) | G | Distribution | P1 | U | | | | | |
| 1015. GOLD BULLION | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1016. BREVAN HOWARD (SEE NOTE 1 IN SECT VIII) | F | Distribution | P1 | U | | | | | |
| 1017. F. E. RICHARDSON & CO (SEE NOTES 1&13 IN SECT VIII) | | None | L | V | Buy (add'l) | 01/16/14 | L | | |
| 1018. | | | | | Buy (add'l) | 01/31/14 | K | | |
| 1019. | | | | | Buy (add'l) | 02/27/14 | K | | |
| 1020. | | | | | Buy (add'l) | 03/28/14 | M | | |
| 1021. | | | | | Buy (add'l) | 04/17/14 | K | | |
| 1022. | | | | | Buy (add'l) | 05/16/14 | K | | |
| 1023. | | | | | Buy (add'l) | 05/23/14 | L | | |
| 1024. | | | | | Buy (add'l) | 06/19/14 | K | | |
| 1025. | | | | | Buy (add'l) | 07/23/14 | K | | |
| 1026. | | | | | Buy (add'l) | 08/01/14 | L | | |
| 1027. | | | | | Buy (add'l) | 08/14/14 | K | | |
| 1028. | | | | | Buy (add'l) | 09/12/14 | K | | |
| 1029. | | | | | Buy (add'l) | 10/17/14 | K | | |
| 1030. | | | | | Buy (add'l) | 12/05/14 | K | | |
| 1031. | | | | | Buy (add'l) | 12/24/14 | K | | |
| 1032. OP40 INC (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1033. OVERLOOK PARTNERS (SEE NOTE 1 IN SECT VIII) | E | Distribution | O | U | | | | | |
| 1034. QFR VICTORIA FUND (SEE NOTE 1 IN SECTION VIII) | G | Distribution | P1 | U | | | | | |
| 1035. ELIZABETH REILLY, PERSONAL LOAN - NOTE RECEIVABLE | | None | K | U | | | | | |
| 1036. SHIRLEY NAVARETTE, PERSONAL LOAN - NOTE RECEIVABLE | | None | J | U | Open | 04/01/14 | J | | |
| 1037. (Repayments are noted as "Matured (part)") | | | | | Matured (part) | 05/01/14 | J | | |
| 1038. | | | | | Matured (part) | 06/02/14 | J | | |
| 1039. | | | | | Matured (part) | 07/07/14 | J | | |
| 1040. | | | | | Matured (part) | 08/11/14 | J | | |
| 1041. | | | | | Matured (part) | 09/10/14 | J | | |
| 1042. | | | | | Matured (part) | 11/03/14 | J | | |
| 1043. | | | | | Matured (part) | 12/11/14 | J | | |
| 1044. TRUST #1 (LINES 1045-1071) (SEE NOTE 2 IN SECT VIII) | E | Int./Div. | P1 | T | | | | | |
| 1045. ---GOLDMAN SACHS BANK DEPOSIT/ CASH #4 | | | | | | | | | |
| 1046. ---ABBOTT LABORATORIES COMMON STOCK | | | | | | | | | |
| 1047. ---ABB-VIE INC. COMMON STOCK | | | | | | | | | |
| 1048. ---ANADARKO PETROLEUM CORP COMMON STOCK | | | | | | | | | |
| 1049. ---ASHLAND INC COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1050. ---B/E AEROSPACE INC | | | | | Buy | 10/01/14 | K | | |
| 1051. ---BLACKROCK INC COMMON STOCK | | | | | | | | | |
| 1052. ---BOEING COMPANY COMMON STOCK | | | | | | | | | |
| 1053. ---INTERNATIONAL PAPER CO COMMON STOCK | | | | | Sold | 10/01/14 | K | B | |
| 1054. ---JOHNSON & JOHNSON COMMON STOCK | | | | | | | | | |
| 1055. ---KLX INC | | | | | Spinoff (from line 1050) | 12/17/14 | J | | |
| 1056. ---KRAFT FOODS GROUP, INC COMMON STOCK | | | | | Sold | 05/22/14 | K | D | |
| 1057. ---MONDELEZ INTL COMMON STOCK | | | | | | | | | |
| 1058. ---OCCIDENTAL PETROLEUM CORP COMMON STOCK | | | | | Sold | 10/01/14 | K | C | |
| 1059. ---PRECISION CASTPARTS CORP COMMON STOCK | | | | | Buy (add'l) | 10/01/14 | J | | |
| 1060. ---PRUDENTIAL FINANCIAL INC COMMON STOCK | | | | | Buy | 05/22/14 | K | | |
| 1061. ---SANDISK CORP COMMON STOCK | | | | | | | | | |
| 1062. ---SONIC CORP COMMON STOCK | | | | | | | | | |
| 1063. ---TEXTRON INC COMMON STOCK | | | | | Sold | 10/01/14 | K | C | |
| 1064. ---UNITED CONTINENTAL HOLDING INC COMMON STOCK | | | | | Buy | 06/13/14 | K | | |
| 1065. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 1066. ---VANGUARD FTSE ALL-WORLD EX-US INDEX FUND | | | | | Sold | 05/22/14 | K | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1067. ---VANGUARD FTSE DEVELOPED MKTS COMMON ETF | | | | | Sold | 06/13/14 | K | B | |
| 1068. ---VERITIV CORP COMMON STOCK | | | | | Spinoff (from line 1053) | 07/02/14 | J | | |
| 1069. | | | | | Sold (part) | 07/02/14 | J | A | |
| 1070. | | | | | Sold | 10/02/14 | J | A | |
| 1071. ---WALGREEN BOOTS ALLIANCE, INC CO CMN STOCK (FKA WALGREENS) | | | | | | | | | |
| 1072. TRUST #1A (LINES 1073-1213) (NOTES 1, 2 & 7 IN SECT VIII) | C | Int./Div. | N | T | | | | | |
| 1073. ---GOLDMAN SACHS BANK DEPOSITS/ CASH #4A | | | | | | | | | |
| 1074. ---ACCESS MIDSTREAM (FKA CHESAPEAKE MIDSTREAM) | | | | | Distributed (part) | 02/14/14 | J | | |
| 1075. | | | | | Sold (part) | 11/26/14 | J | A | |
| 1076. | | | | | Sold (part) | 11/28/14 | J | A | |
| 1077. | | | | | Sold (part) | 12/02/14 | J | A | |
| 1078. | | | | | Sold (part) | 12/03/14 | J | A | |
| 1079. | | | | | Distributed (part) | 05/15/14 | J | | |
| 1080. | | | | | Distributed (part) | 08/14/14 | J | | |
| 1081. | | | | | Distributed (part) | 11/14/14 | J | | |
| 1082. ---ATLAS PIPELINE PARTNERS, LP | | | | | Distributed (part) | 02/14/14 | J | | |
| 1083. | | | | | Sold (part) | 12/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1084. | | | | | Distributed (part) | 05/15/14 | J | | |
| 1085. | | | | | Distributed (part) | 08/14/14 | J | | |
| 1086. | | | | | Distributed (part) | 11/14/14 | J | | |
| 1087. ---BUCKEYE PARTNERS LP | | | | | Distributed (part) | 02/25/14 | J | | |
| 1088. | | | | | Distributed (part) | 05/19/14 | J | | |
| 1089. | | | | | Distributed (part) | 08/25/14 | J | | |
| 1090. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 1091. | | | | | Distributed (part) | 11/25/14 | J | | |
| 1092. | | | | | Sold (part) | 12/01/14 | J | A | |
| 1093. | | | | | Sold (part) | 12/02/14 | J | A | |
| 1094. ---DCP MIDSTREAM PARTNERS LP | | | | | Buy | 02/28/14 | J | | |
| 1095. | | | | | Distributed (part) | 05/15/14 | J | | |
| 1096. | | | | | Distributed (part) | 08/14/14 | J | | |
| 1097. | | | | | Distributed (part) | 11/14/14 | J | | |
| 1098. | | | | | Sold (part) | 12/01/14 | J | | |
| 1099. | | | | | Sold (part) | 12/02/14 | J | | |
| 1100. | | | | | Sold (part) | 12/03/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1101. ---EL PASO PIPELINE PARTNERS | | | | | Sold (part) | 02/13/14 | J | | |
| 1102. | | | | | Distributed (part) | 02/14/14 | J | | |
| 1103. | | | | | Sold (part) | 02/14/14 | J | | |
| 1104. | | | | | Sold (part) | 02/18/14 | J | | |
| 1105. | | | | | Sold (part) | 02/19/14 | J | | |
| 1106. | | | | | Sold (part) | 02/20/14 | J | | |
| 1107. | | | | | Sold (part) | 02/21/14 | J | | |
| 1108. | | | | | Sold | 02/24/14 | J | | |
| 1109. ---ENERGY TRANSFER EQUITY LP | | | | | Sold (part) | 01/06/14 | J | B | |
| 1110. | | | | | Sold (part) | 01/07/14 | J | C | |
| 1111. | | | | | Sold (part) | 01/08/14 | J | C | |
| 1112. | | | | | Sold (part) | 02/13/14 | J | A | |
| 1113. | | | | | Sold (part) | 02/14/14 | J | A | |
| 1114. | | | | | Sold (part) | 02/18/14 | J | A | |
| 1115. | | | | | Distributed (part) | 02/19/14 | J | | |
| 1116. | | | | | Sold (part) | 02/19/14 | J | A | |
| 1117. | | | | | Sold (part) | 02/20/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1118. | | | | | Sold (part) | 02/21/14 | J | A | |
| 1119. | | | | | Distributed (part) | 05/19/14 | J | | |
| 1120. | | | | | Distributed (part) | 08/19/14 | J | | |
| 1121. | | | | | Distributed (part) | 11/19/14 | J | | |
| 1122. ---ENTERPRISE PRODUCTS PART LP | | | | | Distributed (part) | 02/07/14 | J | | |
| 1123. | | | | | Distributed (part) | 05/07/14 | J | | |
| 1124. | | | | | Distributed (part) | 08/07/14 | J | | |
| 1125. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 1126. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 1127. | | | | | Distributed (part) | 11/07/14 | J | | |
| 1128. ---EQT MIDSTREAM PARTNERS LP COMMON | | | | | Buy | 05/02/14 | K | | |
| 1129. | | | | | Distributed (part) | 08/14/14 | J | | |
| 1130. | | | | | Distributed (part) | 11/14/14 | J | | |
| 1131. ---GENESIS ENERGY, LP | | | | | Sold (part) | 02/13/14 | J | A | |
| 1132. | | | | | Distributed (part) | 02/14/14 | J | | |
| 1133. | | | | | Sold (part) | 02/14/14 | J | A | |
| 1134. | | | | | Sold (part) | 02/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1135. | | | | | Sold (part) | 02/19/14 | J | A | |
| 1136. | | | | | Sold (part) | 02/20/14 | J | A | |
| 1137. | | | | | Sold (part) | 02/21/14 | J | A | |
| 1138. | | | | | Sold (part) | 02/24/14 | J | A | |
| 1139. | | | | | Sold (part) | 02/25/14 | J | A | |
| 1140. | | | | | Distributed (part) | 05/15/14 | J | | |
| 1141. | | | | | Distributed (part) | 08/14/14 | J | | |
| 1142. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 1143. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 1144. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 1145. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 1146. | | | | | Distributed (part) | 11/14/14 | J | | |
| 1147. ---MAGELLAN MIDSTREAM PARTNERS LP | | | | | Sold (part) | 02/13/14 | J | A | |
| 1148. | | | | | Distributed (part) | 02/14/14 | J | | |
| 1149. | | | | | Sold (part) | 02/14/14 | J | A | |
| 1150. | | | | | Sold (part) | 02/18/14 | J | A | |
| 1151. | | | | | Sold (part) | 02/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1152. | | | | | Sold (part) | 02/21/14 | J | A | |
| 1153. | | | | | Sold (part) | 12/01/14 | J | A | |
| 1154. | | | | | Sold (part) | 12/02/14 | J | A | |
| 1155. | | | | | Sold (part) | 12/03/14 | J | A | |
| 1156. | | | | | Sold (part) | 12/04/14 | J | A | |
| 1157. | | | | | Distributed (part) | 05/15/14 | J | | |
| 1158. | | | | | Distributed (part) | 08/14/14 | J | | |
| 1159. | | | | | Distributed (part) | 11/14/14 | J | | |
| 1160. ---MARKWEST ENERGY PARTNERS LP | | | | | Distributed (part) | 02/14/14 | J | | |
| 1161. | | | | | Sold (part) | 02/28/14 | J | A | |
| 1162. | | | | | Sold (part) | 03/04/14 | J | A | |
| 1163. | | | | | Sold (part) | 03/18/14 | J | A | |
| 1164. | | | | | Sold (part) | 03/19/14 | J | A | |
| 1165. | | | | | Distributed (part) | 05/15/14 | J | | |
| 1166. | | | | | Distributed (part) | 08/14/14 | J | | |
| 1167. | | | | | Distributed (part) | 11/14/14 | J | | |
| 1168. | | | | | Sold (part) | 12/01/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1169. | | | | | Sold (part) | 12/02/14 | J | A | |
| 1170. | | | | | Sold (part) | 12/03/14 | J | A | |
| 1171. | | | | | Sold (part) | 12/04/14 | J | A | |
| 1172. ---ONE GAS, INC COMMON STOCK | | | | | Spinoff (from line 1176) | 02/03/14 | J | | |
| 1173. | | | | | Sold (part) | 02/03/14 | J | A | |
| 1174. | | | | | Sold (part) | 04/03/14 | J | A | |
| 1175. | | | | | Sold | 04/04/14 | J | A | |
| 1176. ---ONEOK INC CMN (FKA ONEOK INC CMN CTSY CITI GLOBAL) | | | | | Buy (add'l) | 04/24/14 | J | | |
| 1177. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 1178. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 1179. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 1180. ---ONEOK PARTNERS, LP | | | | | Distributed (part) | 02/14/14 | J | | |
| 1181. | | | | | Sold (part) | 02/13/14 | J | | |
| 1182. | | | | | Sold (part) | 02/18/14 | J | | |
| 1183. | | | | | Distributed (part) | 05/15/14 | J | | |
| 1184. | | | | | Distributed (part) | 08/14/14 | J | | |
| 1185. | | | | | Distributed (part) | 11/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1186. | | | | | Sold (part) | 11/26/14 | J | A | |
| 1187. | | | | | Sold (part) | 11/28/14 | J | A | |
| 1188. | | | | | Sold (part) | 12/01/14 | J | | |
| 1189. | | | | | Sold (part) | 12/02/14 | J | | |
| 1190. ---PLAINS ALL AMERICAN PIPELINE LP | | | | | Distributed (part) | 02/14/14 | J | | |
| 1191. | | | | | Distributed (part) | 05/15/14 | J | | |
| 1192. | | | | | Distributed (part) | 08/14/14 | J | | |
| 1193. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 1194. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 1195. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 1196. | | | | | Distributed (part) | 11/14/14 | J | | |
| 1197. ---PLAINS GP HOLDINGS, LP | | | | | | | | | |
| 1198. ---TARGA RESOURCES CORP COMMON | | | | | Buy | 12/17/14 | J | | |
| 1199. ---TEEKAY OFFSHORE PARTNERS LP | | | | | | | | | |
| 1200. ---WESTERN GAS PARTNERS, LP | | | | | Distributed (part) | 02/12/14 | J | | |
| 1201. | | | | | Distributed (part) | 05/14/14 | J | | |
| 1202. | | | | | Distributed (part) | 08/13/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1203. | | | | | Distributed (part) | 11/13/14 | J | | |
| 1204. ---THE WILLIAMS COMPANIES, INC | | | | | | | | | |
| 1205. ---WILLIAMS PARTNERS LP | | | | | Distributed (part) | 02/13/14 | J | | |
| 1206. | | | | | Sold (part) | 02/13/14 | J | | |
| 1207. | | | | | Sold (part) | 02/14/14 | J | | |
| 1208. | | | | | Sold (part) | 02/18/14 | J | | |
| 1209. | | | | | Sold (part) | 02/19/14 | J | | |
| 1210. | | | | | Sold (part) | 02/20/14 | J | | |
| 1211. | | | | | Distributed (part) | 05/09/14 | J | | |
| 1212. | | | | | Distributed (part) | 08/08/14 | J | | |
| 1213. | | | | | Distributed (part) | 11/07/14 | J | | |
| 1214. TRUST #1B (LINES 1215-1279) (NOTES 2, 5 AND 7 IN SECT VIII) | G | Distribution | P1 | W | | | | | |
| 1215. ---CITI TRUST CHECKING ACCOUNT | | | | | | | | | |
| 1216. ---OSCAR SCHAFER (SEE NOTE 1 IN SECT VIII) | | | | | | | | | |
| 1217. ---FLAG VENTURE CAPITAL (SEE NOTES 1 & 14 IN SECT VIII) | | | | | Distributed (part) | 03/19/14 | L | | |
| 1218. | | | | | Distributed (part) | 04/25/14 | K | | |
| 1219. | | | | | Distributed (part) | 06/16/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1220. | | | | | Distributed (part) | 08/05/14 | K | | |
| 1221. | | | | | Distributed (part) | 09/29/14 | K | | |
| 1222. | | | | | Distributed (part) | 11/07/14 | K | | |
| 1223. ---FARALLON CAPITAL (SEE NOTES 1 & 14 IN SECT VIII) | | | | | Distributed (part) | 05/21/14 | K | | |
| 1224. | | | | | Distributed (part) | 08/05/14 | K | | |
| 1225. | | | | | Distributed (part) | 11/07/14 | M | | |
| 1226. ---VESTAR III (SEE NOTE 1 IN SECT VIII) | | | | | | | | | |
| 1227. ---VANGUARD PRIME MM FUND | | | | | | | | | |
| 1228. ---ACTAVIS PLC | | | | | Buy | 07/01/14 | K | | |
| 1229. | | | | | Buy (add'l) | 08/11/14 | K | | |
| 1230. ---CABOT OIL & GAS CORP | | | | | Buy | 09/22/14 | K | | |
| 1231. | | | | | Buy (add'l) | 10/09/14 | K | | |
| 1232. ---CLAYMORE GUGGENHEIM SPIN OFF ETF | | | | | Buy | 03/26/14 | L | | |
| 1233. | | | | | Sold (part) | 07/18/14 | K | | |
| 1234. | | | | | Sold (part) | 09/04/14 | K | A | |
| 1235. | | | | | Sold | 09/12/14 | J | A | |
| 1236. ---DODGE & COX INTL STOCK MUTUAL FUND | | | | | Sold | 02/19/14 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1237. ---DOUBLELINE TOTAL RETURN BOND MUTUAL FUND | | | | | Sold | 02/19/14 | M | | |
| 1238. ---ENDO INTL PLC | | | | | Buy | 07/14/14 | K | | |
| 1239. | | | | | Buy (add'l) | 07/18/14 | K | | |
| 1240. ---EOG RESOURCES INC | | | | | Buy | 09/12/14 | L | | |
| 1241. ---FEDEX CORP | | | | | Buy | 12/18/14 | K | | |
| 1242. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 1243. ---FIDELITY SELECT HEALTH CARE | | | | | Buy | 12/30/14 | K | | |
| 1244. ---ISHARES NASDAQ BIOTECHNOLOGY ETF | | | | | Buy | 11/17/14 | J | | |
| 1245. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 1246. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 1247. ---ISHARES CORE S&P MID CAP ETF | | | | | Buy (add'l) | 03/26/14 | K | | |
| 1248. | | | | | Sold (part) | 09/12/14 | L | D | |
| 1249. | | | | | Sold (part) | 10/01/14 | K | | |
| 1250. | | | | | Sold | 10/09/14 | K | | |
| 1251. ---ISHARES CORE S&P SMALL CAP ETF | | | | | Sold | 02/20/14 | K | C | |
| 1252. ---MCKESSON CORP | | | | | Buy | 10/01/14 | K | | |
| 1253. ---PIONEER NATURAL RESOURCES COMPANY | | | | | Buy | 09/04/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1254. | | | | | Sold | 12/23/14 | K | | |
| 1255. ---POWERSHARES DYNAMIC BUYBACK ACHIEVERS ETF | | | | | Buy | 02/24/14 | L | | |
| 1256. | | | | | Sold (part) | 09/12/14 | K | B | |
| 1257. ---PRIME CAP ODYSSEY AGGRESSIVE GROWTH MUTUAL FUND | | | | | Buy (add'l) | 05/06/14 | K | | |
| 1258. | | | | | Buy (add'l) | 11/17/14 | K | | |
| 1259. ---SALESFORCE.COM INC | | | | | Buy | 11/18/14 | K | | |
| 1260. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 1261. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 1262. ---SPDR SERIES TRUST S&P BIOTECH ETF | | | | | Buy | 11/17/14 | K | | |
| 1263. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 1264. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 1265. ---VANGUARD DIVIDEND APPRECIATION FUND | | | | | Buy (add'l) | 11/17/14 | K | | |
| 1266. ---VANGUARD HEALTH CARE ETF | | | | | Buy | 11/17/14 | K | | |
| 1267. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 1268. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 1269. ---VANGUARD INFORMATION TECHNOLOGY ETF | | | | | Buy | 03/26/14 | L | | |
| 1270. | | | | | Buy (add'l) | 11/17/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1271. ---VANGUARD TOTAL INTL STOCK INDEX FUND ETF | | | | | Sold | 02/19/14 | K | C | |
| 1272. ---VANGUARD TOTAL STOCK MARKET ETF | | | | | Buy | 12/08/14 | L | | |
| 1273. ---SEQUOIA FUND, INC | | | | | Buy (add'l) | 02/27/14 | J | | |
| 1274. | | | | | Sold (part) | 10/29/14 | K | A | |
| 1275. | | | | | Sold (part) | 11/03/14 | K | B | |
| 1276. | | | | | Sold (part) | 11/05/14 | K | B | |
| 1277. | | | | | Sold (part) | 11/06/14 | K | A | |
| 1278. | | | | | Sold (part) | 11/10/14 | K | A | |
| 1279. | | | | | Sold | 11/11/14 | J | | |
| 1280. TRUST #2 (LINES 1281-1292) | D | Int./Div. | M | T | | | | | |
| 1281. ---BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 1282. ---PRUDENTIAL JENNISON 20/20 FOCUS FUND (MUTUAL FUND) | | | | | | | | | |
| 1283. ---BLACKROCK EQUITY DIVIDEND INST CLASS FUND | | | | | | | | | |
| 1284. ---CALAMOS GROWTH FUND | | | | | Sold | 07/11/14 | J | B | |
| 1285. ---EAGLE SMALL CAP GROWTH FUND | | | | | | | | | |
| 1286. ---ISHARES TIPS BOND ETF (FKA ISHARES BARCLAYS TR US TIP ETF | | | | | | | | | |
| 1287. ---ISHARES TR MSCI EMERGING MKTS INDEX FD ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1288. ---ISHARES MSCI EAFE INDEX FUND ETF | | | | | | | | | |
| 1289. ---ISHARES NATL MUNI BND ETF (FKA ISHARES S&P NATL MUNI FND) | | | | | | | | | |
| 1290. ---POWERSHARES FTSE RAFI US 1K ETF | | | | | Buy | 07/11/14 | J | | |
| 1291. ---T ROWE PRICE INTL FD INC INTL BOND FUND | | | | | | | | | |
| 1292. ---SPDR BARCLAYS CAP HIGH YIELD BOND ETF | | | | | | | | | |
| 1293. TRUST #3 (LINES 1294-1376) | D | Int./Div. | N | T | | | | | |
| 1294. ---BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 1295. ---EATON CORP COMMON STOCK | | | | | | | | | |
| 1296. ---COVIDIEN PLC COMMON STOCK | | | | | | | | | |
| 1297. ---NOBLE CORP COMMON STOCK | | | | | | | | | |
| 1298. ---AT&T INC COMMON STOCK | | | | | | | | | |
| 1299. ---ALLERGAN INC COMMON STOCK | | | | | | | | | |
| 1300. ---AMERICAN EXPRESS CO COMMON STOCK | | | | | | | | | |
| 1301. ---AMERISOURCEBERGEN CORP COMMON STOCK | | | | | | | | | |
| 1302. ---AMERIPRISE FINANCIAL INC COMMON STOCK | | | | | | | | | |
| 1303. ---AMGEN INC COMMON STOCK | | | | | | | | | |
| 1304. ---APPLE INC COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1305. ---BARON SMALL CAP MUTUAL FUND | | | | | | | | | |
| 1306. ---BAXTER INTERNATIONAL INC COMMON STOCK | | | | | | | | | |
| 1307. ---BLACKROCK FUNDS EQUITY DIVIDEND INST CLASS FUND | | | | | | | | | |
| 1308. ---CALIFORNIA RESOURCES CORP | | | | | Spinoff (from line 1351) | 12/01/14 | J | | |
| 1309. ---CAPITAL ONE FINANCIAL CORP COMMON STOCK | | | | | | | | | |
| 1310. ---CELANESE CORP COMMON STOCK | | | | | | | | | |
| 1311. ---CF INDUSTRIES HOLDINGS INC | | | | | | | | | |
| 1312. ---CHEVRON CORPORATION | | | | | | | | | |
| 1313. ---CHUBB CORP COMMON STOCK | | | | | | | | | |
| 1314. ---CISCO SYSTEMS INC COMMON STOCK | | | | | | | | | |
| 1315. ---COACH INC COMMON STOCK | | | | | | | | | |
| 1316. ---CUMMINS INC COMMON STOCK | | | | | | | | | |
| 1317. ---DOLLAR TREE INC COMMON STOCK | | | | | | | | | |
| 1318. ---EMC CORP COMMON STOCK | | | | | | | | | |
| 1319. ---EAGLE SMALL CAP GROWTH MUTUAL FUND | | | | | | | | | |
| 1320. ---EASTMAN CHEM CO | | | | | | | | | |
| 1321. ---EBAY INC COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1322. ---EXXON MOBIL CORP COMMON STOCK | | | | | | | | | |
| 1323. ---FIFTH THIRD BANCORP | | | | | | | | | |
| 1324. ---FORD MOTOR COMPANY COMMON STOCK | | | | | | | | | |
| 1325. ---FRANKLIN RESOURCES INC COMMON STOCK | | | | | | | | | |
| 1326. ---GENERAL ELECTRIC CO COMMON STOCK | | | | | | | | | |
| 1327. ---GENERAL MILLS INC COMMON STOCK | | | | | | | | | |
| 1328. ---GOLDMAN SACHS GROUP INC COMMON STOCK | | | | | | | | | |
| 1329. ---GOOGLE INC COMMON STOCK | | | | | | | | | |
| 1330. ---GRAINGER WW INC COMMON STOCK | | | | | | | | | |
| 1331. ---HARBOR INTERNATIONAL MUTUAL FUND | | | | | | | | | |
| 1332. ---HOME DEPOT INC | | | | | | | | | |
| 1333. ---INTEL CORP COMMON STOCK | | | | | | | | | |
| 1334. ---IBM CORP COMMON STOCK | | | | | | | | | |
| 1335. ---ISHARES TIPS BOND ETF (FKAISHARES BARCLAYS TR US TIP ETF) | | | | | | | | | |
| 1336. ---ISHARES TR MSCI EMERGING MKTS INDEX FD ETF | | | | | | | | | |
| 1337. ---ISHARES MSCI EAFE INDEX FUND ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1338. ---ISHARES TR S&P MIDCAP 400 INDEX FD ETF | | | | | | | | | |
| 1339. ---ISHARES S&P NATL AMT-FREE MUNI BND FUND (FKA S&P) | | | | | | | | | |
| 1340. ---JP MORGAN CHASE & CO COMMON STOCK | | | | | | | | | |
| 1341. ---JOHNSON & JOHNSON COMMON STOCK | | | | | | | | | |
| 1342. ---JOHNSON CONTROLS INC COMMON STOCK | | | | | | | | | |
| 1343. ---LAUDER ESTEE COS INC COMMON STOCK | | | | | | | | | |
| 1344. ---EXPRESS SCRIPTS (FKA MEDCO HEALTH SOLTNS INC COMMON STOCK | | | | | | | | | |
| 1345. ---MALLINCKRODT PLC | | | | | | | | | |
| 1346. ---MERCK & CO INC COMMON STOCK | | | | | | | | | |
| 1347. ---METLIFE INC COMMON STOCK | | | | | | | | | |
| 1348. ---MICROSOFT CORP COMMON STOCK | | | | | | | | | |
| 1349. ---MONSANTO CO | | | | | | | | | |
| 1350. ---NEWS CORP COMMON STOCK | | | | | | | | | |
| 1351. ---OCCIDENTAL PETROLEUM CORP COMMON STOCK | | | | | | | | | |
| 1352. ---ORACLE CORP COMMON STOCK | | | | | | | | | |
| 1353. ---PARAGON OFFSHORE LTD | | | | | Spinoff (from line 1297) | 08/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1354. | | | | | Sold (part) | 08/07/14 | J | | |
| 1355. ---PEPSICO INC COMMON STOCK | | | | | | | | | |
| 1356. ---PFIZER INC COMMON STOCK | | | | | | | | | |
| 1357. ---PRICE T ROWE GROUP INC COMMON STOCK | | | | | | | | | |
| 1358. ---PROCTER & GAMBLE CO COMMON STOCK | | | | | | | | | |
| 1359. ---ROCKWELL AUTOMATION INC COMMON STOCK | | | | | | | | | |
| 1360. ---ROSS STORES INC COMMON STOCK | | | | | | | | | |
| 1361. ---T ROWE PRICE INTL FD INC MUTUAL FUND | | | | | | | | | |
| 1362. ---SPDR BARCLAYS CAP HIGH YIELD BD ETF | | | | | | | | | |
| 1363. ---SCHLUMBERGER LTD COMMON STOCK | | | | | | | | | |
| 1364. ---SCRIPPS NETWORKS INTERAC COMMON STOCK | | | | | | | | | |
| 1365. ---JM SMUCKER CO COMMON STOCK | | | | | | | | | |
| 1366. ---3M COMPANY COMMON STOCK | | | | | | | | | |
| 1367. ---TWENTY-FIRST CENTURY | | | | | | | | | |
| 1368. ---US BANCORP DEL COMMON STOCK | | | | | | | | | |
| 1369. ---UNITED TECHNOLOGIES CORP COMMON STOCK | | | | | | | | | |
| 1370. ---UNITEDHEALTH GROUP INC COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1371. ---VIACOM INC COMMON STOCK | | | | | | | | | |
| 1372. ---WAL-MART STORES INC COMMON STOCK | | | | | | | | | |
| 1373. ---WELLS FARGO & CO COMMON STOCK | | | | | | | | | |
| 1374. ---WILLIAMS COMPANIES INC COMMON STOCK | | | | | | | | | |
| 1375. ---WISCONSIN ENERGY CORP COMMON STOCK | | | | | | | | | |
| 1376. ---WPX ENERGY INC COMMON STOCK | | | | | | | | | |
| 1377. TRUST #4 (SEE NOTES 2, 5 & 7 IN SECTION VIII) | A | Dividend | K | W | | | | | |
| 1378. --VANGUARD PRIME MONEY MARKET FUND ACCOUNT #1 | | | | | Closed | 06/06/14 | O | | |
| 1379. ---STAR FUND | | | | | Buy (add'l) | 01/22/14 | J | | |
| 1380. | | | | | Sold | 02/26/14 | N | F | |
| 1381. ---PARK AVENUE EQUITY LP (SEE NOTES 1, 5 & 14 IN SECT VIII) | | | | | | | | | |
| 1382. ---SONIC CORP COMMON STOCK | | | | | Sold | 02/28/14 | M | F | |
| 1383. TRUST #5 (SEE NOTES 2, 5 & 7 IN SECTION VIII) | E | Dividend | O | T | | | | | |
| 1384. ---VANGUARD PRIME MONEY MARKET FUND ACCOUNT #2 | | | | | | | | | |
| 1385. ---STAR FUND | | | | | Buy (add'l) | 06/23/14 | J | | |
| 1386. ---PARK AVENUE EQUITY LP (SEE NOTES 1, 5 & 14 IN SECT VIII) | | | | | | | | | |
| 1387. ---SONIC CORP COMMON STOCK | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1388. TRUST #6 (SEE NOTES 2, 5 & 7 IN SECTION VIII) | E | Dividend | O | T | | | | | |
| 1389. ---VANGUARD PRIME MONEY MARKET FUND ACCOUNT #3 | | | | | | | | | |
| 1390. ---STAR FUND | | | | | Buy (add'l) | 01/22/14 | J | | |
| 1391. ---PARK AVENUE EQUITY LP (SEE NOTES 1, 5 & 14 IN SECT VIII) | | | | | | | | | |
| 1392. ---SONIC CORP COMMON STOCK | | | | | | | | | |
| 1393. TRUST #7 (SEE NOTE 4 IN SECT VIII) | | None | K | T | | | | | |
| 1394. ---CITIBANK CHECKING ACCOUNT | | | | | | | | | |
| 1395. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ALL FOOTNOTES RELATE TO SECTION VII

NOTE 1:
If a 2014 K-1 is issued for this S corporation, limited partnership, traded MLP or PTP and there is an investment remaining at year-end, all activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B.(1) was left blank and "None" was included in Column B.(2).

If the interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution."

Both of the above approaches were obtained from Mr. George Reynolds, Financial Disclosure Report Examiner.

NOTE 2:
Reporting person's          is either the Trustee or the Investment Trustee of this Trust. Therefore, its assets are deemed reportable.

NOTE 3:
For the contracts that were opened (sold short), any related gain that occurs will be included on the FDR when the options either expire or require action. When closing a contract requires the purchase of shares, the transaction may produce a gain if the amount received when the option was sold is more than the amount required to purchase the shares at the closing of the contract. There is no year end value reported because the contracts had no value at the end of 2014. When options are assigned, "Redeemed" is noted in Column D(1.), there is no value as the cost of the option is included in the line showing the purchase of the shares. If options expire they have no value but the gain is recorded at that time. If there is a date noted in Column A, the contract was opened in the prior year and the related current year transaction information is included on subsequent lines.

NOTE 4:
The reporting person has been a Trustee of this insurance trust since November 7, 2011. Since that time, her position as Trustee and the trust's reportable asset were inadvertently omitted from annual financial disclosure reports. The trust holds two term life insurance policies and a non-interest bearing checking account. The term life policies are not reportable because they are not investment assets and they have no value. Sue Issa, Financial Disclosure Report Examiner, confirmed on May 4, 2015 that the term life insurance policies are not reportable. According to Sue Issa, the non-interest bearing checking account that is used to pay the annual insurance premiums is reportable if the year end balance is over $5,000. The December 31, 2011, 2012 and 2013 balances of the checking acount were all Code "K." The trust and the checking account are included on this report as Trust #7 (see Lines 1393-1394 in Section VII). Per Sue Issa, there is no need to amend prior year disclosure reports.

NOTE 5:
There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are based upon the current knowledge of the worth of such companies, discussions with the companies' management and available company issued reports.

NOTE 6:
Either the Ending Capital Account value from the entity's 2014 K-1, or an estimate of the same, was used to determine the year-end value code for Column C.(1).

NOTE 7:
For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income and the related income are included. If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Columns B.(1) and "Distribution" is noted in Column B.(2).

NOTE 8:
Neither the income nor the cash balance at year end met the threshold for reporting. However, since the cash account is associated with a reportable investment that is listed separately on this report, the account is deemed reportable.

NOTE 9:
There is a limited partnership interest in this entity. Since neither the filer nor her          can "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," Financial Disclosure Filing Instructions, Page 35, the assets held by the partnership are not reportable.

If the partnership had a capital call for an investment in a specific company, either "Buy" or "Buy (add'l)" is noted. The name of the underlying company is not listed. Further, if the partnership either returned capital or sold one of its investments and returned funds to the reporting family, "Distributed (part)" is listed in Column D.(1). Neither the name of the underlying company nor the gain amount is listed.

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B. (1) was left blank and "none" was included in Column B.(2).

NOTE 10:

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

There are several Sentinel Partnerships, a Centerview Capital Partnership and a HighCape Partnership (new in 2014). The portfolio companies that the Partnerships own are all listed separately on this report because the filer's [____] could potentially "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," (per Financial Dislcosure Filing Instructions).

For Sentinel, there are both limited partner and general partner interests. For this report, the K-1 information for both interests is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report. In 2013, Sentinel II issued it's final K-1. Therefore, it is no lnoger reportable. Sentinel V started making investments in 2014. Therefore, it's portfolio companies and K-1 information is included.

Each year, there is a K-1 from each of the partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then "None" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Generally, there are no year-end market values listed for the Partnerships because the portfolio companies are listed separately.

NOTE 11:
This portfolio company or stand-alone investment was sold in a prior year. So, although the reporting family received distributions (e.g. escrow) and/or a K-1, there is no year-end value to report. If the entity was issued a K-1, any income was summed and included in Column B(1) with Column B(2) noting "Distribution.".

NOTE 12:
Not used.

NOTE 13:
The filer's [____] is the sole shareholder of this S Corporation. The company's assets are limited to office furniture, office equipment, a checking account and a money market account. The value used to determine the year-end valuation code was the checking/money market account balances, A/R and the office furniture and equipment balance (less accumulated depreciation).

NOTE 14:
This company's 2014 K-1 was not received by the time this report was filed. Therefore, the company's income was estimated. Once the actual K-1 is received, if the income code based on the actual K-1 differs from the code noted in this report, an amended report will be filed..

NOTE 15:
This investment is made through either a Sentinel, Centerview or HighCape Partnership. Since the filer's [____] could potentially "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," Financial Disclosure Filing Instructions, the partnership's assets must be listed separately on this report. As a result, this company is reportable.

All transactions (investments, sales and related gain/(loss), distributions, etc.) are reported for the company. Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If income was received separate from the K-1, it is recorded on the portfolio company's line in Column B. If the reporting person carries no year end value for a portfolio company, there is no year end value included in Column C of this report. But, the company is still noted on this report because it is a portfolio company of a reportable limited partnership. See Note 10 for more information.

For purposes of this report, deemed contributions/distributions that occurred in 2013 are dated 1/2/2014. Those that occurred in 2014, are dated as of the end of the quarter in which they were deemed to have occurred.

NOTE 16: Gains/Losses on Foundation activity are based on book value not tax value.

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 5/4/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimba M. Wood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544